```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
              "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(11) & (12)
             Filed: 07/19/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 07/19/04 receipt # 00123606
          Trial by:
```

```
Parties of Record:                          Counsel of Record:

PLF 1.1         CITICAPITAL COMMERCIAL CORP    Mark C. Manning
                                               431 W. 7th Avenue, Suite 204
                                               Anchorage, AK 99501
                                               907-278-9794
                                               FAX 907-278-1169

PLF 2.1     [T] KING, KEVIN                    No counsel found for this party!

DEF 1.1         EGEGIK SPIRIT                  Barbara A. Norris
                                               Law Office of Barbara A. Norris
                                               645 W. 3rd Avenue
                                               Anchorage, AK 99501-2124
                                               907-279-6621

                                               Cory Birnberg
                                               Birnberg & Associates
                                               703 Market Street, Suite 600
                                               San Francisco, CA 94103
                                               415-398-1040

DEF 2.1     [T] NAKNEK SPIRIT                  No counsel found for this party!

DEF 3.1         WOODBINE ALASKA FISH CO        Barbara A. Norris
                                               (see above)

                                               Cory Birnberg
                                               (see above)

DEF 4.1         GUY FERRARI INC                Barbara A. Norris
                                               (see above)

                                               Cory Birnberg
                                               (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0147--CV (RRB)
          "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| DEF 5.1      [T]  C.B. MAGNUM INC. | No counsel found for this party! |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                    "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(11) & (12)
             Filed:  07/19/04
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (120) Marine

            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  Paid $150.00 on 07/19/04 receipt # 00123606
          Trial by:


Document #    Filed      Docket text
_____

    1 -   1  07/19/04   Complaint filed; Summons issued re DEF 1 and DEF 2.

    2 -   1  07/19/04   PLF 1 Praecipe.

    3 -   1  07/19/04   PLF 1 motion for ordr short time for consideration of PLF's ex-parte mot
                        for ordr apptg subs custodian & dischrg fish & shift vessel.

    4 -   1  07/19/04   PLF 1 motion ex-parte for ordr apptg subs custodian & to dischrg fish &
                        shift vessel w/memo.

    5 -   1  07/19/04   PLF 1 motion for ordr short time for consideration of PLF's ex-parte mot
                        for ordr authorizing issuance of WOAs w/declaration.

    6 -   1  07/19/04   PLF 1 motion for order authorizing issuance of a WOA.

    7 -   1  07/19/04   RRB Minute Order that case referred to MJ Roberts per MJ Rule 4(12).
                        cc: cnsl, MJ Roberts

 NOTE -   1  07/20/04   Issued: WOAs for vessel Egegik Spirit and Naknek Spirit.

    8 -   1  07/20/04   JWS Order granting motion for ordr short time for consideration of PLF's
                        ex-parte mot for ordr (5-1).  cc: cnsl

    9 -   1  07/20/04   JWS Order granting motion for order authorizing issuance of WOAs (6-1).
                        cc: cnsl, USM

   10 -   1  07/20/04   JWS Order granting motion for ordr on short time for consider of PLF's
                        ex-parte mot for ordr (3-1). cc: cnsl

   11 -   1  07/20/04   JWS Order granting motion ex-parte for ordr apptg subs custodian & to
                        dischrg fish & shift (4-1). cc: cnsl, USM (certified copies)

   12 -   1  07/28/04   USM Return of Service of In Rem - arrest of vessel EGEGIK SPIRIT &
                        NAKNEK SPIRIT executed 7/24/04 w/att.

   13 -   1  07/29/04   PLF 1 motion to allow marine surveyor to board vessels.
```

```
                       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                            CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                            "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

     14 -  1   07/29/04   PLF 1 motion for shortened time for consideration of plf motion to allow
                          marine surveyor to board vessels.

     15 -  1   07/30/04   RRB Order granting motion for shortened time for consideration of plf
                          motion to allow marine surveyor to board vessel (14-1).  cc: cnsl

     16 -  1   07/30/04   RRB Order granting motion to allow marine surveyor to board vessels
                          (13-1).  cc: cnsl

     17 -  1   08/03/04   DEF 4 Claim to Naknek Spirit Pursuant To Supplental Admirality Rule C
                          (6).

     18 -  1   08/03/04   DEF 3 Claim to Egegik Sprit pursuant to supplemental admiralty rule
                          c(6).

     19 -  1   08/04/04   PLF 1 Complaint (Amended) w/att exhs.

     20 -  1   08/04/04   PLF 1 Certificate of service of amended complaint.

     21 -  1   08/05/04   RRB Amended Minute Order that case referred to MJ Roberts per MJ Rule
                          4(11) & 4(12). cc: cnsl, MJ Roberts

     22 -  1   08/09/04   DEF 3-4 motion to accept facsimile notice of motion & mot for expedited
                          hrg for release of vessels & promt post arrest hrg.

     23 -  1   08/09/04   DEF 3-4 motion (faxed cy) of for expedited hrg for release of vessels &
                          prompt post arrest hrg w/att declaration & exhs.

     24 -  1   08/09/04   JDR Minute Order granting motion to accept facsimile notice of motion &
                          mot for expedited hrg for relea (22-1), motion (faxed cy) of for
                          expedited hrg for release of vessels & prompt post arrest hrg (23-1);
                          local cnsl to substitute faxed pleading by flg the orig when recieved;
                          post arrest hrg set for 8/11/04 at 9:30 a.m. cc: cnsl, USM

     25 -  1   08/09/04   DEF 3-4 motion to admit attorney Cory Birnberg pro hac vice w/att exhs.

     26 -  1   08/10/04   JDR Order granting motion to admit attorney Cory Birnberg pro hac vice
                          (25-1). cc: cnsl

     27 -  1   08/10/04   DEF 3-4 Original Signature of lcl cnsl re: DEF 3-4 motion to admit
                          attorney Cory Birnberg pro hac vice w/att exhs. (25-1)

     28 -  1   08/11/04   PLF 1 Memorandum concerning post-arrest hrg w/att exhs.

     29 -  1   08/11/04   JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Pst Arrest hrg hld
                          8/11/04; crt set bond amt in the amt of $425,000; def's oppo to pltf's
                          mot re removal of vessel due 8/11/04; crt set hrg re pltf's mot for
                          vessel removal from current site & hrg on release of vessel set for
                          8/17/04 at 9:30 a.m. cc: cnsl

     30 -  1   08/11/04   PLF 1 motion for an order allowing movement of vessels w/att memo &
                          exhs.

     31 -  1   08/11/04   PLF 1 motion for hrg on shortened time on motin for an order allowing
                          movement of vessels w/att decla.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                     "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                  For all filing dates


 Document #   Filed      Docket text

    32 -  1   08/11/04   PLF 1 Errata re: PLF 1 motion for hrg on shortened time on motin for an
                         order allowing movement of vessels (31-1).

    33 -  1   08/12/04   JDR Minute Order granting motion for hrg on shortened time on motion for
                         an order allowing movement of vessels (31-1); pltfs' mot will be hrd at
                         the cont post arrest hrg set for 8/17/04 at 9:30 a.m. cc: cnsl

    34 -  1   08/13/04   DEF 3-4 Declaration of Virginia Ferrari in support of release of vessels
                         w/att exh (under seal).

    35 -  1   08/13/04   DEF 3-4 motion expedited for release of vessels & counter motion for
                         security w/declaration & exhs.

    36 -  1   08/13/04   PLF 1; DEF 3-4 motion (joint) for add time to 8/16 to file oppo to mot
                         for an ord allow movement of vessels.

    36 -  2   08/13/04   PLF 1 memo in support of motion for hrg on shortened time on motion for
                         an order allowing movement of vessels (31-1).

    37 -  1   08/16/04   JDR Order granting motion (joint) for add time to 8/16 to file oppo to
                         mot for an ord allow movement of vessels (36-1). cc: cnsl

    38 -  1   08/16/04   PLF 1 opposition to DEF 3-4 motion expedited for release of vessels &
                         counter motion for security (35-1).

    39 -  1   08/16/04   DEF 3-4 opposition to PLF 1 motion for an order allowing movement of
                         vessels  (30-1) w/att decl.

    40 -  1   08/16/04   DEF 3-4 notice of flg faxed decla of Virgina Ferrari in support of
                         motion expedited for release of vessels & counter motion for security
                         (35-1) w/att faxed declaration & exhs.

    41 -  1   08/16/04   DEF 3-4 Answer to First Amended Complaint and Counterclaim.

    42 -  1   08/16/04   PLF 1 Notice of publication & service of notice of arrest to persons
                         w/an interest in the vessels.

    43 -  1   08/17/04   JDR Court Minutes [ECR: Debby Willoughby-Lyons] re cont post arrest hrg
                         on pltf's mot to allow movement of vessels (doc #30) & def's mot for
                         release of vessels (doc #35); denying motion expedited for release of
                         vessels & counter motion for security (35-1); hrg cont re #30 to 8/20/04
                         at 2:30 p.m. cc: cnsl

    44 -  1   08/18/04   DEF 5 Attorney Appearance of Christopher Heaphey.

    45 -  1   08/18/04   DEF 5 verified statement of right or interest.

    46 -  1   08/20/04   DEF 3-4 motion to accept facsimile expedited motion to allow movement of
                         vessels to Seattle.

    46A-  1   08/20/04   DEF 3-4 Original signature of C. Birnberg re: DEF 3-4 motion expedited
                         for release of vessels & counter motion for security  (35-1) w/att
                         signature page.

    46B-  1   08/20/04   DEF 3-4 Original signature of V. Gerrari re: DEF 3-4 motion expedited
                         for release of vessels & counter motion for security  (35-1) w/att
                         signature page.

 ACRS: R_VDSDX                   As of 12/01/05 at 3:17 PM by GARRY                       Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                       "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                   For all filing dates

Document #    Filed       Docket text
----------    -----       -----------

  47 -   1   08/23/04    JDR Order granting motion to accept facsimile expedited motion to allow
                         movement of vessels to Seattle (46-1).

  48 -   1   08/23/04    JDR Court Minutes [ECR: Caroline Edmiston] re cont post arrest hrg on
                         pltf's mot to allow movement of vessels (doc #30) hld 8/20/04;
                         granting/denying motion for an order allowing movement of vessels
                         (30-1); Granted to move vessels to Kodiak, Alaska; denied w/o prejudice
                         to move vessels to Seattle, WA. w/att exhs & witness list. cc: cnsl, USM

  51 -   1   08/24/04    PLF 2 Answer.

  51 -   2   08/24/04    PLF 2 Claim against NAKNEK SPIRIT.

  52 -   1   08/25/04    JDR Order GRANTING plf's mot for order allowing movement of vessels.
                         cc: cnsl, USM

  53 -   1   08/27/04    DEF 5 Answer & claim w/att exhs.

  54 -   1   08/30/04    PLF 1 Answer to Counterclaim.

  55 -   1   09/01/04    PLF 1 motion for order appointing replacement substitute custodian w/att
                         memo/exh.

  56 -   1   09/01/04    PLF 1 motion for shortened time re: 55-1.

  57 -   1   09/01/04    JDR Minute Order granting motion for shortened time re: 55-1 (56-1);
                         oppo to mot (55-1) is due NOON 9/2/04.  cc: cnsl

  58 -   1   09/02/04    DEF 3-4 partial non-opposition to PLF 1 motion for order appointing
                         replacement substitute custodian (55-1).

  59 -   1   09/02/04    JDR Order granting motion for order appointing replacement substitute
                         custodian (55-1); any maintenance work other than emergency maintenance
                         work  shall require prior crt approval.  cc: cnsl, USM

  60 -   1   09/22/04    JDR Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

  61 -   1   09/22/04    JDR Minute Order re pltf to require an answer or apply for default re in
                         rem defs (D1,2) due w/in 20 days. cc: cnsl

  62 -   1   09/30/04    DEF 1-2 Answer to Amended Complaint.

  63 -   1   10/20/04    PLF 1-2; DEF 1-5 Scheduling & Planning Report.

  64 -   1   10/27/04    PLF 1 Civil Rule 7.1 Notice.

  65 -   1   10/29/04    JDR Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 04/15/05; Dispositive motions deadline 05/15/05. cc: cnsl

  66 -   1   11/12/04    DEF 5 Initial Disclosures.

  67 -   1   11/18/04    PLF 1 motion for interlocutory sale w/att memo & declaration.

  68 -   1   11/18/04    PLF 1 motion for hearing on shortened time re: motion for interlocutory
                         sale w/att declaration.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                    "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 69 - 1 | 11/19/04 | DEF 3-4 opposition to PLF 1 motion for hearing on shortened time re: motion for interlocutory sale (68-1). |
| 70 - 1 | 11/19/04 | PLF 1-2 Errata re: PLF 1 motion for interlocutory sale w/att memo & declaration. (67-1). |
| 71 - 1 | 11/19/04 | PLF 1-2 Notice of sale pertaining to plf's mot for interlocutory sale. |
| 72 - 1 | 11/29/04 | JDR Minute Order granting mot for hrg on shortened time re: mot for interlocutory sale (68-1); hrg set 11/30/04 @ 10:00 a.m.. cc: cnsl |
| 73 - 1 | 11/29/04 | PLF 2 (response) opposition to PLF 1 motion for interlocutory sale (67-1). |
| 74 - 1 | 11/30/04 | JDR Court Minutes [ECR: Robin Carter] re: hrg on mot for interlocutory sale held 11/30/04; hrg cont to 12/3/04 @ 3:00 p.m.. cc: cnsl |
| 75 - 1 | 12/06/04 | JDR Court Minutes [ECR: Caroline Edmiston] re cont hrg on the mot for interlocutory sale (doc #67) hld 12/3/04; proposed order lodged; mot for sale granted; parties to file notices as directed. cc: cnsl |
| 76 - 1 | 12/06/04 | PLF 1-2 Notice of sale of vessels. |
| 77 - 1 | 12/07/04 | JDR Order granting motion for interlocutory sale of vessels (67-1). cc: cnsl, USM |
| 78 - 1 | 12/07/04 | PLF 1-2 Preliminary Witness List. |
| 79 - 1 | 12/20/04 | PLF 1 motion for hearing on shortened time w/att aff. |
| 80 - 1 | 12/20/04 | PLF 1 motion to reschedule interlocutory sales w/att memo. |
| 81 - 1 | 12/21/04 | JDR Minute Order granting motion for hearing on shortened time (79-1); re hrg on motion to reschedule interlocutort sale (80-1) set for 12/30/04 at 9:30 a.m. cc: cnsl |
| 82 - 1 | 12/22/04 | AMENDED JDR Minute Order granting motion for hearing on shortened time (79-1); re hrg on motion to reschedule interlocutort sale (80-1) set for 12/29/04 at 9:30 a.m. cc: cnsl |
| 83 - 1 | 12/29/04 | JDR Court Minutes [ECR: Robin Carter] re hrg on mot to reschedule interlocutory sale hld 12/29/04; granting motion to reschedule interlocutory sales (80-1); cnsl to submit approp order w/new date & time of sale. cc: cnsl |
| NOTE - 2 | 12/30/04 | Issued: Writ of Venditioni Expondas w/att Notice of Sales of Vessels. |
| 84 - 1 | 12/30/04 | JDR Order re sale of vessel; the 12/7/04 order scheduling interlocutory sale of vessels is amended as directed. cc: cnsl, USM w/writ of venditioni expondas & notice of sales of vessels |
| 85 - 1 | 01/05/05 | PLF 1 Notice re bankruptcy filing & vessel sales w/att exh. |
| 86 - 1 | 01/05/05 | DEF 3-4 Notice of D4 filing chapter 11 bankruptcy; and notice of stay of action. |

Case 3:04-cv-00147-RRB    Document 167    Filed 07/19/2004    Page 8 of 12

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
"CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 87 | - 1 | 01/05/05 | DEF 3-4 Notice of attorney's lien. |
| 88 | - 1 | 01/14/05 | RRB Minute Order cnsl for pltf to lodge new order for interlocutory sale of the vessel Egegik Spirit & svd on all parties. cc: cnsl |
| 89 | - 1 | 01/14/05 | PLF 1 motion to reschedule interlocutory sale of Egegik Spirit w/att memo. |
| 90 | - 1 | 01/14/05 | PLF 1 motion for hearing on shortened time w/att declaration. |
| 91 | - 1 | 01/18/05 | JDR Minute Order granting motion for hearing on shortened time (90-1); re hrg on the mot for resched the interlocutory sale set for 1/21/05 at 9:30 a.m. (89-1); parties to be prepared to address the effect of the Bankruptcy stay, if any, on the remainder of this action. cc: cnsl, USM |
| 92 | - 1 | 01/20/05 | DEF 3 Position Statement re: Bankrupty Effect. |
| 93 | - 1 | 01/21/05 | JDR Court Minutes [ECR: Elisa Singleton] re Hearing on Motion re Reschedule Interlocutory Sale (held 1/21/05); order signed; sale to go forward 2/1/05.  cc: cnsl |
| 94 | - 1 | 01/21/05 | JDR Order granting motion to reschedule interlocutory sale of Egegik Spirit (89-1) w/att notice of sale. cc: cnsl, USM |
| 95 | - 1 | 01/24/05 | PLF 1 Notice of filing writ of venitioni exponas. |
| NOTE | - 3 | 01/25/05 | Issued: Writ of Venditioni Exponas. |
| 96 | - 1 | 01/28/05 | DEF 3 Amended Notice of attorney's lien. |
| 97 | - 1 | 02/07/05 | PLF 1 motion for confirmation of sale of the EGEGIK SPIRIT. |
| 98 | - 1 | 02/07/05 | USM Return of svc re: sale of vessel executed on 2/1/05. |
| 99 | - 1 | 02/09/05 | RRB Order granting motion for confirmation of sale of the Vessel EGEGIK SPIRIT (97-1). The USM shall release and deliver the vessel as stated and execute a bill of sale of the vessel as stated, provided the USM is first reimbursed for his custodial fees and costs.  cc: cnsl, MJ Roberts, USM |
| 100 | - 1 | 02/22/05 | USM Return of svc re: release of DEF 1 on 2/15/05. |
| 101 | - 1 | 04/20/05 | PLF 1 motion to reschedule interlocutory sale of Nakenk Spirit w/att memo & exhs. |
| 102 | - 1 | 04/20/05 | PLF 1 motion for hearing on shortened time re 101-1 w/att decl. |
| 103 | - 1 | 04/21/05 | JDR Minute Order granting motion for hearing on shortened time re 101-1 (102-1); re hrg on mot to resched the interlocutory sale (101-1) set for 4/26/05 at 1:30 p.m.; oppos to 101-1 due 4/25/05. cc: cnsl |
| 104 | - 1 | 04/25/05 | DEF 3-4 motion (ex parte) for a two day continuance of the hearing on shortend time for the sale of the Naknek. |
| 105 | - 1 | 04/25/05 | JDR Minute Order denying w/o prejudice motion for a two day continuance of the hearing on shortend time for the sale (104-1). cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                       "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                    For all filing dates


 Document #    Filed      Docket text

    106 -  1  04/25/05   PLF 1 opposition to DEF 3-4 motion (ex parte) for a two day continuance
                         of the hearing on shortend time for the sale of the Naknek (104-1) w/att
                         exhs.

    107 -  1  04/25/05   DEF 3-4 opposition to PLF 1 ex parte motion to reschedule interlocutory
                         sale of Nakenk Spirit (101-1) w/att exhs.

    108 -  1  04/26/05   PLF 1 reply to opposition to PLF 1 motion to reschedule interlocutory
                         sale of Nakenk Spirit (101-1) w/att exhs.

    109 -  1  04/26/05   DEF 4 Notice of filing copy of order from Bankruptcy Crt w/att exh.

   NOTE -  4  04/27/05   Issued: Writ of Venditioni Exponas.

    110 -  1  04/27/05   JDR Order granting motion to reschedule interlocutory sale of Nakenk
                         Spirit (101-1); Sale scheduled for 5/10/05 at 10:00 a.m.; ck to issue a
                         writ of neditiono exponas to the USM; pltf to publish the att Notice of
                         Sale as directed; sale subject to confimation by the crt. cc: cnsl, USM

    111 -  1  04/27/05   JDR Court Minutes [ECR: April Karper/Linda Christensen] re Hrg on Mot Re
                         REschedule Interlocutory Sale (Doc #101) (held 4/26/05); def oral mot to
                         continue hrg denied; mot at doc #101 granted; sale set for 5/10/05 at
                         10:00 am; court to sign order; cnsl to notify court re change in status
                         re bankruptcy proceedings.  cc:  cnsl, USM

    112 -  1  05/09/05   DEF 5 Attorney Substitution of Michael Mills for Chris Heaphey.

    113 -  1  05/11/05   USM Return of svc of sale of vessel Naknek Spirit on 5/10/05.

    114 -  1  05/13/05   PLF 1 motion for confirmation of sale.

    115 -  1  05/13/05   PLF 1-2; DEF 1-5 Stipulation to amendement order of sale re securing the
                         king seaman's wage claim.

    115 -  2  05/13/05   JDR Order granting stipulation to amendement order of sale re securing
                         the king seaman's wage claim (115-1). cc: cnsl, Finance, USM

    116 -  1  05/18/05   RRB Order granting motion for confirmation of sale of vessel Naknek
                         Spirit (114-1). cc: cnsl, USM, MJ Roberts

    117 -  1  05/18/05   DEF 3-4 non-opposition to PLF 1 motion for confirmation of sale (114-1).

    118 -  1  05/19/05   DEF 5 Stipulation for dismissal fo C.B. Magnum, Inc.

    119 -  1  05/26/05   PLF 1-2 motion for summary judgment w/att memo & exhs.

    120 -  1  05/27/05   RRB Order approving stip for dismissal fo C.B. Magnum, Inc. (118-1). cc:
                         cnsl, MJ Roberts

    121 -  1  06/02/05   USM Return of svc on release of vessel w/its sale & bill of sale on
                         5/19/05.

    122 -  1  06/09/05   DEF 3-4 Stipulation for extension of time until 7/1/05 to respond to
                         plaintiff's motion for summary judgment.

    122 -  2  06/10/05   Order granting Stipulation for extension of time until 7/1/05 to respond
                         to plaintiff (122-1).  cc: cnsl

 ACRS: R_VDSDX                     As of 12/01/05 at 3:17 PM by GARRY                     Page 7
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                     "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 123 - 1 | 07/01/05 | PLF 1; DEF 3 Stipulation for ext of time until 7/22/05 to file oppo to plf's mot for sj. |
| 123 - 2 | 07/05/05 | Order approving stip for ext of time until 7/22/05 to file oppo to plf's mot for sj (123-1). cc: cnsl |
| 124 - 1 | 07/13/05 | PLF 1 motion for summary judgment against G. Ferrari, Inc & Naknek Spirit. |
| 125 - 1 | 07/22/05 | DEF 1; 3-4 joinder in notice of voluntary dismissal of the Kevin King claim. |
| 126 - 1 | 07/22/05 | DEF 1; 3 memorandum of points and authorities in opposition to PLF 1-2 motion for summary judgment (119-1) w/att decl & exhs. |
| 127 - 1 | 07/22/05 | DEF 1; 3 evidentiary objections to PLF 1-2 motion for summary judgment (119-1). cc: cnsl |
| 128 - 1 | 07/27/05 | DEF 3-4 opposition to PLF 1 motion for summary judgment against G. Ferrari, Inc & Naknek Spirit (124-1) w/att memo. |
| 129 - 1 | 07/28/05 | PLF 1-2; DEF 1; 3-4 Dismissal Notice (Party(s)) re: Kevin King. |
| 129 - 2 | 08/02/05 | RRB Order the claim of Kevin King is dismissed with prejudice with all parties to bear their own costs. cc: cnsl |
| 130 - 1 | 08/08/05 | PLF 1; DEF 1; 3-4 Stipulation for ext of time to 8/12 to file reply to oppo to plfs mot for SJ against DEF 1,3. |
| 130 - 2 | 08/09/05 | JDR Order granting stipulation for ext of time to 8/12 to file reply to oppo to plfs mot for SJ against DEF 1,3 (130-1). cc: cnsl |
| 131 - 1 | 08/12/05 | PLF 1 Stipulation for extension of time until 8/19/05 to file reply to the opposition to the plf's motion for sJ against Woodbine and the EGEGIK SPIRIT. |
| 131 - 2 | 08/16/05 | JDR Order granting stipulation for extension of time until 8/19/05 to file reply to the oppo to mot for SJ against Woodbine & EGEGIK SPIRIT (131-1). cc: cnsl |
| 132 - 1 | 08/19/05 | PLF 1 motion for ext of time until 9/6 to file reply to oppo to SJ motion w/att memo. |
| 133 - 1 | 08/24/05 | MEG Order granting motion for ext of time until 9/6 to file reply to oppo to SJ motion (132-1). cc: cnsl |
| 134 - 1 | 09/16/05 | PLF 1 motion for extension of time until 9/30/05 to file reply to defendants opposition to plaintiff's motion for sj. |
| 135 - 1 | 09/20/05 | RRB Order granting motion for extension of time until 9/30/05 to file reply to defendant's opposition to motion for sj (134-1). cc: cnsl, MJ Roberts |
| 136 - 1 | 09/28/05 | PLF 1 Final Witness List. |
| 137 - 1 | 09/28/05 | DEF 3-4 motion to permit defendants 30 days to file an amended opposition to motion for summary judgment. |

```
                       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                            CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                              "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                          For all filing dates


 Document #    Filed      Docket text

   138 -  1   09/30/05    PLF 1 motion for one day extension to 10/3/05 to file reply to
                          defendant's oppositions to plf's mot for sj.

   139 -  1   10/03/05    RRB Order granting motion for one day extension to 10/3/05 to file reply
                          to defendant's opposition to plf's motion for sj (138-1).  cc: cnsl

   140 -  1   10/03/05    PLF 1 motion for extension of time until 10/4/05 to file its reply to
                          defendants' opposition to plf's mot for sj.

   141 -  1   10/04/05    JDR Order granting motion for extension of time until 10/4/05 to file
                          its reply to defendants' oppo to mot for SJ (140-1). cc: cnsl

   142 -  1   10/04/05    PLF 1 motion for extension of time until 10/7/05 to file reply to
                          defendants' opposition to plf's motion for sj.

   143 -  1   10/05/05    JDR Order granting mot for ext of time until 10/7/05 to file reply to
                          defs' oppos to sj mots (142-1). cc: cnsl

   144 -  1   10/07/05    PLF 1 reply to opposition to PLF 1-2 motion for summary judgment
                          (119-1), PLF 1 motion for summary judgment against G. Ferrari, Inc &
                          Naknek Spirit (124-1) w/att exhs.

   145 -  1   10/11/05    PLF 1 Errata re: reply to oppos to plf's 1-2 motion for summary judgment
                          (119-1), PLF 1 motion for summary judgment against G. Ferrari, Inc &
                          Naknek Spirit (124-1).

   146 -  1   10/11/05    PLF 1 Notice of filing amended proposed re: plf's mots for sj.

   147 -  1   10/17/05    PLF 1 Motion for extension of time for one day extension to 10/18/05 to
                          file plaintiffs oppo to defs' mot to permit defendants time to file an
                          amended oppo to mot for sj.

   148 -  1   10/18/05    JDR Order granting motion for extension of time for one day extension to
                          10/18/05 to file plaintiff's oppo to defs' mot to permit defs' time to
                          file an amended oppo to mot for SJ (147-1).

   149 -  1   10/18/05    PLF 1 opposition to DEF 3-4 motion to permit defendants 30 days to file
                          an amended opposition to motion for summary judgment (137-1) w/att decl
                          & exhs.

   150 -  1   10/27/05    PLF 1 motion to establish deadine for review of pitch deposition
                          transcript w/att declaration.

   151 -  1   10/28/05    JDR Minute Order re parties to file any response by 11/1/05 to plf's mot
                          seeking a deadline for review of "PITCH DEPOSITION TRANSCRIPT" (150-1);
                          no reply to be fld. cc: cnsl

   152 -  1   10/28/05    PLF 1 motion to amend pretrial schedule.

   153 -  1   10/28/05    PLF 1 motion for leave to amend amended complaint w/att memo.

   154 -  1   10/28/05    DEF 3-4 reply to opposition to DEF 3-4 motion to permit defendants 30
                          days to file an amended opposition to motion for summary judgment
                          (137-1).

   155 -  1   11/01/05    DEF 3-4 motion (application) for order requiring service by facsmile on
                          defendants.

ACRS: R_VDSDX                    As of 12/01/05 at 3:17 PM by GARRY                       Page 9
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0147--CV (RRB)
                      "CITICAPITAL COMM CORP V EGEGIK SPIRIT ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 156 - 1 | 11/01/05 | DEF 3-4 non-opposition to PLF 1 motion to establish deadine for review of pitch deposition transcript (150-1). |
| 157 - 1 | 11/03/05 | JDR Order granting as directed motion to establish deadine for review of Pitch deposition transcript (150-1). cc: cnsl |
| 158 - 1 | 11/03/05 | JDR Order granting motion to permit defendants to file an amended opposition to motion for SJ (137-1); def's amended aoppo due 11/22/05; reply due 12/5/05. cc: cnsl |
| 159 - 1 | 11/08/05 | PLF 1 Errata re: PLF 1 motion to amend pretrial schedule (152-1) w/att aff & exh. |
| 160 - 1 | 11/08/05 | PLF 1 Errata re: PLF 1 motion for leave to amend amended complaint w/att memo (153-1). |
| 161 - 1 | 11/17/05 | DEF 3-4 opposition to PLF 1 motion for leave to amend amended complaint (153-1). |
| 162 - 1 | 11/17/05 | DEF 3-4 opposition to PLF 1 motion to amend pretrial schedule (152-1). |
| 163 - 1 | 11/18/05 | PLF 1 opposition to DEF 3-4 motion (application) for order requiring service by facsmile on defendants (155-1). |
| 164 - 1 | 11/22/05 | DEF 3-4 amended memorandum of points & authorities in opposition to PLF 1-2 motion for summary judgment (119-1), PLF 1 motion for summary judgment against G. Ferrari, Inc & Naknek Spirit (124-1) w/att decl & exhs. |
| 165 - 1 | 11/29/05 | PLF 1 motion for ext of time to 12/2 to file replies to oppos to mot for leave to amend complaint & mot to amend pre-trial schedule w/att memo. |
| 166 - 1 | 11/30/05 | JDR Order granting motion for ext of time to 12/2 to file replies to oppos to mot for leave to amend complait & mot to amend pre-trial schedule (165-1). cc: cnsl |
| 167 - 1 | 11/30/05 | JDR Order denying mot (appl) for ord requiring svc by facsmile on defs (155-1). cc: cnsl |