Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 3: 27

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>) | IN ADMIRALTY<br>No. A-04-0147 CV (RRB) |

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an order providing that Plaintiff may have until December 12 to file its replies to Defendants' amended opposition to Plaintiff's motions for summary judgment.

This motion is supported by the accompanying memorandum.

DATED this 5th day of December, 2005, at Anchorage, Alaska.

MARK C. MANNING, P.C.
Counsel for Plaintiff

By: /s/ Mark C. Manning
Mark C. Manning

170a

This motion and related papers
have been served by ~~mail~~/ hand/ fax on
/2/5/05 on

Barbara Norris, Esq.
645 West Third Avenue
Anchorage, AK 99501
279-0199

Cory Birnberg, Esq.
703 Market Street, Ste. 600
San Francisco, CA 94103
(415) 398-2001

_____
Mark C. Manning

Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____ ) | IN ADMIRALTY<br>No. A-04-0147 CV (RRB) |

### MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME

Plaintiff CitiCapital moves for an order providing that Plaintiff may have until December 12 to file its reply to Defendants' supplemental oppositions to CitiCapital's motions for summary judgment. The court's order of November 2d gave Defendants until November 22 to file an amended opposition to CitiCapital's summary judgment motions, and gave CitiCapital to December 5 in which to file a reply. The amended opposition arrived in counsel's office on November 25. Counsel requires the additional time because his secretary was on vacation from November 21 to December 2, during which time he had no secretarial support. Consequently, work flow was retarded considerably.

For the foregoing reasons, the court is respectfully requested to grant CitiCapital's motion.

/
/

DATED this 5th day of December, 2005, at Anchorage, Alaska.

                                                MARK C. MANNING, P.C.
                                                Counsel for Plaintiff

By: _____
       Mark C. Manning