**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

CITICAPITAL COMM CORP.   v.   EGEGIK SPIRIT, ET AL.

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                           CASE NO. A04-0147 CV (RRB)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 6, 2005

   In light of the court's order denying the plaintiff's motion to amend complaint at docket No. 153, the plaintiff's motion to amend the pretrial schedule at docket No. 152 is hereby **DENIED**.

A04-0147--CV (RRB)  AM 12/7/05
-------------------------------------
✓ H. MANNING (MANNING)
✓ B. NORRIS

[]{IA.WPD*Rev.12/96}

172