LODGED
DEC 0 5 2005

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

CITICAPITAL COMMERCIAL CORP, )
)
Plaintiff, )
)
v. )
)
EGEGIK SPIRIT, official number )
299957, her equipment, gear, furniture, )
apparel, fixtures, tackle, boats, machinery )
anchors and all appurtenances, *in rem, et al.*, )
) IN ADMIRALTY
Defendants. ) No. A-04-0147 CV (RRB)
)

### ORDER

Upon review of the Plaintiff's MOTION FOR EXTENSION OF TIME, and of the papers pertaining thereto, it is hereby

ORDERED that Plaintiff may have until December 12 to file its replies to Defendants' amended opposition to Plaintiff's motions for summary judgment.

DATED this 8th day of December, 2005.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE

A04-0147--CV (RRB)
------------------------ am 12-8-05
/M. MANNING (MANNING)
/B. MORRIS

173