Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 4: 11

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CITICAPITAL COMMERCIAL CORP, )
)
          Plaintiff, )
)
v. )
)
EGEGIK SPIRIT, official number )
299957, her equipment, gear, furniture, )
apparel, fixtures, tackle, boats, machinery )
anchors and all appurtenances, *in rem, et al.*, )
)   IN ADMIRALTY
          Defendants. )   No. A-04-0147 CV (RRB)
)

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an order providing that Plaintiff may have until December 14 to file its replies to Defendants' amended opposition to Plaintiff's motions for summary judgment.

This motion is supported by the accompanying memorandum.

DATED this _12th_ day of December, 2005, at Anchorage, Alaska.

                       MARK C. MANNING, P.C.
                       Counsel for Plaintiff

                       By: _/s/ Mark C. Manning_
                            Mark C. Manning

174

This motion and related papers
have been served by mail/ hand/ fax on
12/11/05 on

Barbara Norris, Esq.
645 West Third Avenue
Anchorage, AK 99501
279-0199

Cory Birnberg, Esq.
703 Market Street, Ste. 600
San Francisco, CA 94103
(415) 398-2001

*/s/ Mark C. Manning*
Mark C. Manning

Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EGEGIK SPIRIT, official number ) <br> 299957, her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, *in rem, et al.*, ) <br> ) <br> Defendants. ) <br> ) | IN ADMIRALTY <br> No. A-04-0147 CV (RRB) |

**MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME**

Plaintiff CitiCapital previously moved for an order providing that Plaintiff may have an additional week, until December 12, to file its reply to Defendants' supplemental opposition to CitiCapital's motions for summary judgment. The reason counsel required additional time was that his secretary was on vacation from Monday, November 21, to Friday, December 2, during which time he had no secretarial support. Counsel now finds that he did not estimate accurately the amount of additional time that would be needed, and consequently must request an additional 2 days.

For the foregoing reasons, the court is respectfully requested to grant CitiCapital's motion.

/
/

DATED this 12th day of December, 2005, at Anchorage, Alaska.

                                MARK C. MANNING, P.C.
                                **Counsel for Plaintiff**

By: _/s/ Mark C. Manning_
        Mark C. Manning