UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 13 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy 

CITICAPITAL COMMERCIAL CORP.   v.   EGEGIK SPIRIT, et al.

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                CASE NO. A04-0147 CV (RRB)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 13, 2005

   Local counsel for defendants Woodbine Alaska Fish Company and Guy Ferrair Inc. telephoned the court's chambers on December 12, 2005, to point out a mistake in a recent court order. Specifically, the last word of the first paragraph of the court's order denying the plaintiff's motion to amend is: "granted". This is obviously a mistake. The order concludes that the motion to amend is denied, and indeed it is denied. Accordingly, the court's order denying the plaintiff's motion to amend (Docket No. 171) is hereby amended to change the last word of the first paragraph to "denied".

A04-0147--CV (RRB)  om 12/13/05
--------------------------------
H. MANNING (MANNING)
B. NORRIS

[]{IA.WPD*Rev.12/96}                                              175