LODGED
DEC 1 2 2005

FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CITICAPITAL COMMERCIAL CORP, )
)
         Plaintiff, )
)
v. )
)
EGEGIK SPIRIT, official number )
299957, her equipment, gear, furniture, )
apparel, fixtures, tackle, boats, machinery )
anchors and all appurtenances, *in rem, et al.*, )
) IN ADMIRALTY
         Defendants. ) No. A-04-0147 CV (RRB)
)

### ORDER

Upon review of the Plaintiff's MOTION FOR EXTENSION OF TIME, and of the papers pertaining thereto, it is hereby

ORDERED that Plaintiff may have until December 14 to file its reply to Defendants' amended opposition to Plaintiff's motions for summary judgment.

DATED this 13th day of December, 2005.

                                        JOHN D. ROBERTS
                                      UNITED STATES MAGISTRATE JUDGE

A04-0147--CV (RRB)    mm   12-13-05

M. MANNING (MANNING)
B. NORRIS

176