FILED

DEC 13 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  703 Market Street Suite 600
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4
   Barbara Norris (Ak. No. 8506070)
5  LAW OFFICES OF BARBARA NORRIS
   645 W. Third Ave.
6  Anchorage, Alaska 99501
   Telephone Number: (907) 279-6621
7  Facsimile Number: (907) 279-0199

8  Attorneys for Defendants
   Woodbine Alaska Fish Company,
9  and Guy Ferrari Inc.

10
               IN THE UNITED STATES DISTRICT COURT
11
                      DISTRICT OF ALASKA
12

13

14  CITICAPITAL COMMERCIAL CORP,    )   Case No. A-04-0147-CI (RRB)
                                    )   IN ADMIRALTY
15              Plaintiff,          )
                                    )
16        v.                        )   NOTICE OF UNAVAILABILITY
                                    )   OF COUNSEL
17                                  )
    EGEGIK SPIRIT, official number 2999957, )
18  her equipment, gear, furniture, apparel, )
    fixtures, tackle, boats, machinery, anchors )
19  and all appurtenances, in rem; )
    NAKNEK SPIRIT, official number 585824, )
20  her equipment, gear, furniture, apparel, )
    fixtures, tackle, boats, machinery, anchors )
21  and all appurtenances, in rem; )
    WOODBINE ALASKA FISH CO., )
22  in personam; and GUY FERRARI, INC, )
    in personam. )
23                                  )
                Defendants,         )
24                                  )
                                    )
25  _____)

26

27

28

NOTICE OF UNAVAILABILITY OF COUNSEL    1                         A-04-0147-CI

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

177

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN THAT COMMENCING December 19, 2005, and |
| 2 | continuing through January 5, 2005, Cory A. Birnberg, Esq. will be unavailable for any |
| 3 | purpose whatsoever, including but not limited to, receiving notice of any kind, responding |
| 4 | to *ex parte* applications, appearing in court, or attending depositions. |

DATED: 12/2/5

BIRNBERG & ASSOCIATES

By: _____
Cory A. Birnberg
Attorney for Defendants
Woodbine Alaska Fish Company

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

NOTICE OF UNAVAILABILITY OF COUNSEL    2    A-04-0147-CI

| | |
|---|---|
| 1 | Certificate of service |
| 2 | The undersigned hereby certifies that on this 2nd day of December 2005, a true and correct copy of the |
| 3 | foregoing was served by FACSIMILE and FIRST CLASS U.S. MAIL on: |
| 4 | |
| 5 | Mark C. Manning<br>431 West 7th Avenue, Suite 204<br>Anchorage, AK  99501-3583 |
| 6 | |
| 7 | Birnberg & Associates |
| 8 | By: _____<br>Joselle Cruz |

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

NOTICE OF UNAVAILABILITY OF COUNSEL      3                                        A-04-0147-CI

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4:08

Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ZELMER HYDEN, et al., | ) ) |
| Defendants. | ) ) |
| | ) Case No. A02-0214 CV (JKS) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Charlie J. Davis, through counsel Matthews & Zahare, P.C., moves

the court for a 15-day extension of time to file his response to Defendants'

Objections to Report and Recommendation at Docket 62. His response is currently

due December 22, 2005. If the motion is granted, Plaintiff's response will be due on

January 6, 2006. This motion is unopposed and supported by the accompanying

affidavit of counsel.

Non0pp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTime.doc



1 of 2

DATED this 13th day of December 2005 at Anchorage, Alaska.

                          MATTHEWS & ZAHARE, P.C.
                          Counsel for Plaintiff Davis

By: _____
     Thomas L. Hause
     Alaska Bar No. 9311076

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

CERTIFICATE OF SERVICE
I certify that on December 13th 2005 a copy of the foregoing was ■mailed/☐hand-delivered to:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811

_Shirley Kelly, PLS_
Shirley Kelly, PLS

Non0pp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTime.doc

Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ZELMER HYDEN, et al., | ) ) |
| Defendants. | ) ) |
| | ) Case No. A02-0214 CV (JKS) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME**

STATE OF ALASKA    )
                   )ss.
THIRD JUDICIAL DISTRICT )

I, Thomas L. Hause, being duly sworn upon oath, depose and state as follows:

1. I am an attorney with the law firm of Matthews & Zahare, P.C., counsel for Plaintiff Charlie J. Davis in the above-captioned matter. I have actual knowledge of the matters stated herein.

Aff. of Counsel in Support of NonOpp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTimeAff.doc                                              1 of 2

2.  Plaintiff's response to Defendants Objections to Report and Recommendation at Docket 62 is currently due on December 22, 2005.

3.  Thomas A. Matthews, the attorney responsible for this matter, is out of the country on vacation with his family. He is anticipated to return to the office on January 2, 2006. For this reason, Plaintiff respectfully requests that the Court grant an extension of time until January 6, 2006 for Plaintiff to file his response to Defendants Objections to Report and Recommendation at Docket 62.

4.  On December 12, 2005, I spoke telephonically with Marilyn J. Kamm, counsel for Defendants, and advised that Mr. Matthews was out of the country. Ms. Kamm indicated that as a professional courtesy, she would not oppose this motion.

Date: 12/13/05

Thomas L. Hause
Alaska Bar No. 9311076

Subscribed and sworn to before me this 13th day of December 2005 at Anchorage, Alaska.



Notary Public for Alaska
My commission expires: 9-18-08

Aff. of Counsel in Support of NonOpp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTimeAff.doc

2 of 2