Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 23 PM 4: 24

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EGEGIK SPIRIT, official number ) <br> 299957, her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, *in rem, et al.*, ) <br> ) <br> Defendants. ) <br> ) | IN ADMIRALTY <br> No. A-04-0147 CV (RRB) |

**REQUEST FOR ORAL ARGUMENT**

Plaintiff hereby requests oral argument on its SUMMARY JUDGMENT MOTION against Woodbine Alaska Fish Co. and EGEGIK SPIRIT and against Guy Ferrari, Inc., and NAKNEK SPIRIT

DATED this 23d day of December, 2005, at Anchorage, Alaska.

MARK C. MANNING, P.C.
Counsel for Plaintiff

By: /s/ Mark C. Manning
   Mark C. Manning