1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG   (SBN 105468)
2  703 Market Street Suite 600
   San Francisco, California 94103
3  Telephone Number: (415) 398- 1040
   Facsimile Number:  (415) 398-2001
4

   Barbara Norris (Ak. No. 8506070)
5  LAW OFFICES OF BARBARA NORRIS
   645 W. Third Ave.
6  Anchorage Alaska 99501
   Telephone Number: (907) 279-6621
7  Facsimile Number:  (907) 279-0199

8  Attorneys for Defendants
   Woodbine Alaska Fish Company,
9  and Guy Ferrari Inc.

10
                  **IN THE UNITED STATES DISTRICT COURT**
11
                            **DISTRICT OF ALASKA**
12

13

14 | CITICAPITAL COMMERCIAL CORP,          ) | **Case No. A-04-0147 CI**
                                          ) | **IN ADMIRALTY**
15 |           Plaintiff,                  ) |
                                          ) |
16 |      v.                               ) |
                                          ) |
17 |                                       ) | **MOTION FOR TELEPHONIC**
   EGEGIK SPIRIT, official number 2999957,) | **APPEARANCE AND [proposed]**
18 | her equipment, gear, furniture, apparel,) | **ORDER THEREON**
   fixtures, tackle, boats, machinery, anchors )
19 | and all appurtenances, in rem;         ) | **[L.R. 7.3]**
   NAKNEK SPIRIT, official number 585824, )
20 | her equipment, gear, furniture, apparel,)
   fixtures, tackle, boats, machinery, anchors )
21 | and all appurtenances, in rem;         ) | **Date:       1/31/06**
   WOODBINE ALASKA FISH CO.,              ) | **Time:       10:00 a.m.**
22 | in personam; and GUY FERRARI, INC,    ) |
   in personam.                           ) | **Honorable Magistrate John D.**
23 |                                       ) | **Roberts**
                                          ) |
24 |           Defendants,                 ) |
                                          ) |
25 | _____) |

BIRNBERG &
ASSOCIATES
26
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
27 TEL (415) 398-1040
FAX (415) 398-2001

28
                                          1
   **Motion for Telephonic Appearance and Order Thereon**                    A-04-0147 CI

Now come Woodbine Alaska Fish Company for itself, and on behalf of its vessel, the *Egegik Spirit*, and Guy Ferrari, Inc., for itself and on behalf of its vessel the *Naknek Spirit*, and hereby move for an order permitting a telephonic appearance at the hearing on motion for summary judgment.

## BACKGROUND

Local counsel, Barbara Norris, will be unavailable to appear at the hearing as she will be out of town from January 13, 2006 through January 31, 2006. Co-counsel, Cory A. Birnberg of Birnberg & Associates, located in San Francisco, California, presently has a site inspection scheduled for that afternoon, involving coordinating no less than five persons, which was on calendar from before this Court set up the present hearing, and therefore cannot fly to Alaska to appear for the hearing in person. Defendants respectfully request that they be permitted to appear telephonically.

Mr. Birnberg has been permitted to appear telephonically previously, and the law firm of Birnberg & Associates is primarily responsible for opposing the summary judgment motion presently before this Court.

## ARGUMENT

Local Rule 7.3(a) states that "The court may allow one or more parties, counsel, witnesses or the court to participate telephonically in any hearing or deposition for good cause and in the absence of substantial prejudice to any party."

Good cause exists to permit Mr. Birnberg to appear telephonically because the Court set the date for the hearing *sue sponte*, on a date that local counsel had already planned to be out of town and on a date that Mr. Birnberg had a conflict. Moreover, Defendants will be severely prejudiced without being able to present oral argument in opposition to Plaintiff's motion for summary judgment.

2

**Motion for Telephonic Appearance and Order Thereon**　　　　　　　　　　　　　　　　**A-04-0147 CI**

BIRNBERG & ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

On the other hand, no prejudice to Plaintiff will result from this accommodation. Plaintiff's substantive rights and ability to argue its motion are completely unaffected by this accommodation.

### CONCLUSION

For the foregoing reasons, Defendants respectfully request that they be permitted to appear telephonically at the hearing on Plaintiff's motion for summary judgment on January 31, 2006.

Dated: 9 January 2005                                    BIRNBERG & ASSOCIATES

By: __/s/ Cory A. Birnberg_____
    Cory A. Birnberg
    Attorneys for Defendants

### ORDER

Based upon the foregoing motion and good cause appearing therefore, IT IS SO ORDERED that Defendants Woodbine Alaska Fish Company and Egegik Spirit may appear telephonically for the hearing on Plaintiff's motion for summary judgment set for January 31, 2006 at 10:00 a.m. In accordance with Local Rule 7.3(b)(2), Mr. Birnberg's office shall contact the Court's case management clerk for instructions on how to proceed.

Dated:                                    By_____
                                              Honorable Magistrate John D. Roberts

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

3
**Motion for Telephonic Appearance and Order Thereon**                                    A-04-0147 CI