## BIRNBERG & ASSOCIATES

Cory A. Birnberg, P.C.
———
Joseph Salama

Henry D. Dicum
Of counsel

ATTORNEYS AT LAW

703 MARKET STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94103

TEL   (415) 398-1040
FAX  (415) 398-2001
E-MAIL  birnberg@birnberg.com

2 March 2006

Magistrate John D. Roberts
United States District Court
222 W. 7th Avenue. No. 46
Anchorage AK  99513

      Re:    Clerical correction to Final Recommendation
               *CitiCapital Commercial Corp.  v. Woodbine Alaska Fish Co., et al.*
               Case No. A-04-0147
               <u>Our File No.: 2344</u>

Dear Magistrate Roberts:

      We are writing in response to Final Recommendation: Plaintiff's Motion For Summary Judgment, docket document number 188, filed by the Court on February 27, 2006.  We are writing with respect to lines 5-9 of the conclusion paragraph on page three, recommending that "Citicapital should also be granted partial summary judgment (1) as to its claim for principal in the amount of $369,527.62 (subject to offset credit for Marshal's sale of vessels EGEGIK SPIRIT and NAKNEK SPIRIT on May 10, 2005 for $110,000)…"

      Respectfully, the amount stated for the Marshal's sale of vessels EGEGIK SPIRIT and NAKNEK SPIRIT is inaccurate.  The sale on May 10, 2005 for $110,000 <u>was only</u> for the NAKNEK SPIRIT, official number 585824, which sale was confirmed on May 18, 2004 as referenced in docket no. 116.  The EGEGIK SPIRIT, official number 299957, was sold on February 1, 2005 for $126,000, which sale was confirmed on February 9, 2005 as referenced in docket no. 99.  Therefore the total credit to offset the partial summary judgment award should be $236,000, rather than the $110,000 stated in the Final Recommendation.

*Birnberg & Associates*

Magistrate Roberts
2 March 2006
Page 2 of 2

      We respectfully request that the Court amend the Final Recommendation to correct this clerical error. Thank you for your attention to this matter.

                                          Sincerely yours,
                                          BIRNBERG & ASSOCIATES

                                          s/ Cory A. Birnberg
                                          BIRNBERG & ASSOCIATES
                                          CORY A. BIRNBERG
                                          703 Market Street Suite 600
                                          San Francisco, California 94103
                                          Telephone Number: (415) 398-1040
                                          Facsimile Number: (415) 398-2001
                                          Email: birnberg@birnberg.com
                                          California State Bar No. 105468
                                          Attorneys for Defendants

CAB:js
cc: Mark Manning (via efiling)
F:\Ferrari\City Capital v. Egegik~2344\Letters\Court~letter regarding amount of offset.doc