UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>CITICAPITAL COMMERCIAL</u>    v.   <u>EGEGIK SPIRIT</u>

DATE:   <u>March 6, 2006</u>   CASE NO.   <u>3:04-CV-0147-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
REFERRING TO MAGISTRATE JUDGE**

---

Subsequent to the Court's receipt of the Magistrate Judge's Final Recommendation (188), the Court has received a letter (Docket 189) and a Notice of Intent to File Objections (Docket 190). The matter is hereby referred back to the Magistrate Judge to address these additional issues.