Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP,         ) | |
|                 Plaintiff,         ) | |
| v.         ) | |
| EGEGIK SPIRIT, official number 299957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, *in rem, et al.*,         ) | |
|                 Defendants.         ) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time until March 13, 2006, in which to file its objections to the court's February 27, 2006, FINAL RECOMMENDATION in this matter, in case the deadline is not at least March 13 at this time.

This motion is supported by the accompanying memorandum.

Dated this 6th day of March, 2006.

                        s/ Mark C. Manning
                        MARK C. MANNING, P.C.
                        431 West 7th Avenue, Ste. 204
                        Anchorage, AK 99501
                        Phone: (907) 278-9794
                        Fax: (907) 278-1169
                        manning@alaska.net
                        ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3/3/06 to, a copies
of the Motion for Extension of Time and related
Memorandum adnb Porposed Order were
served electronically on Woodbine Alaska
Fish Co.  and on Guy Ferrari, Inc.

And by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124

   s/Mark C. Manning