IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**PROPOSED ORDER**

Upon review of Plaintiff's March 6 Motion for Extension of Time and of the papers relating thereto, it is hereby

ORDERED that Plaintiff may have until March 13, 2006, in which to file its objections to the court's February 27, 2006, FINAL RECOMMENDATION in this matter.

_____                    _____
           DATE                                                                    JOHN D. ROBERTS.
                                                                           UNITED STATES MAGISTRATE JUDGE