Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EGEGIK SPIRIT, official number ) | |
| 299957, her equipment, gear, furniture, ) | |
| apparel, fixtures, tackle, boats, machinery ) | |
| anchors and all appurtenances, *in rem, et al.*, ) | |
| ) | IN ADMIRALTY |
| Defendants. ) | No. A-04-0147 CV (RRB) |
| ) | |

**MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME**

Plaintiff has moved for an extension of time until March 13, 2006, in which to file its objections to the court's February 27, 2006, FINAL RECOMMENDATION in this matter, in case the deadline is not March 13 at this time. Objections are due within 10 days of the electronic service on February 27, according to Federal Rule of Civil Procedure 72(b). Intervening Saturdays and Sundays are not to be counted, and it appears an additional 3 days are allowed due to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and 6(a) & (e). Provided these rules apply, objections would not be due before March 13. But in case other governing rules do not afford Plaintiff this much time, Plaintiff makes this motion.

The additional time is needed because counsel has been preparing for a trial in an unrelated case that is scheduled to begin and end this week. Counsel has invested a good deal of time developing the objections already, but finds the issues presented will require substantially more time to develop.

/

For the foregoing reasons, the court is respectfully requested to grant Plaintiff's motion.

Dated this 6th day of March, 2006.

                                                               s/ Mark C. Manning
                                                             MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066