Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>        Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time until March 15, 2006, in which to file its objections to the court's February 27, 2006, FINAL RECOMMENDATION in this matter.

This motion is supported by the accompanying memorandum.

Dated this 13th day of March, 2006.

            s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3/13/06 to, a copies of the Motion for Extension of Time and related Memorandum and Proposed Order were served electronically on Woodbine Alaska Fish Co. and on Guy Ferrari, Inc.

And by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124

   s/Mark C. Manning