IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____) | <br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**PROPOSED ORDER**

Upon review of Plaintiff's March 13 Motion for Extension of Time and of the papers relating thereto, it is hereby

ORDERED that Plaintiff may have until March 15, 2006, in which to file its objections to the court's February 27, 2006, FINAL RECOMMENDATION in this matter.

_____          _____
          DATE                                              JOHN D. ROBERTS.
                                                UNITED STATES MAGISTRATE JUDGE