Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EGEGIK SPIRIT, official number ) <br> 299957, her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, *in rem, et al.*, ) <br> ) <br> Defendants. ) <br> _____) | <br><br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**MEMORANDUM SUPPORTING MOTION FOR EXTENSION OF TIME**

Plaintiff successfully moved on March 6 for an extension of time until March 13, 2006, in which to file its objections to the court's February 27, 2006, FINAL RECOMMENDATION in this matter. It appeared to Plaintiff that objections were due on March 16. Fed. R. Civ. P. 5(b)(2)(D), 6(a) & (e) and 72(b). Plaintiff made the motion in case this reading was incorrect.

Time to at least March 13 was needed because counsel was preparing for a trial in an unrelated case that was scheduled for last week. That trial did occur; further preparation and the trial consumed most of last week. Counsel now finds he underestimated the time needed for this matter after conclusion of that trial, and now needs until March 15 to complete objections. While Plaintiff still thinks the Civil Rules provide for a deadline of March 16, it moves again as a precaution.

/
/

For the foregoing reasons, the court is respectfully requested to grant Plaintiff's motion.
Dated this 13th day of March, 2006.

                s/ Mark C. Manning
                MARK C. MANNING, P.C.
                431 West 7th Avenue, Ste. 204
                Anchorage, AK 99501
                Phone: (907) 278-9794
                Fax: (907) 278-1169
                manning@alaska.net
                ABA No. 8110066