BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number: (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, <br><br> Plaintiff, <br><br> v. <br><br> EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, <u>in</u> <u>rem</u>; <br> NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, <u>in rem</u>; <br> WOODBINE ALASKA FISH CO., <br> <u>in</u> <u>personam</u>; and GUY FERRARI, INC, <br> <u>in</u> <u>personam</u>. <br><br> Defendants, <br> _____ | Case No. A-04-0147 CI <br> IN ADMIRALTY <br><br> [proposed order] <br> **ORDER ON DEFENDANTS AND CROSS-COMPLAINANTS' OBJECTION AND MOTION FOR RECONSIDERATION OF PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME** |

Based upon Defendant's opposition and motion for reconsideration, Plaintiff has had numerous extensions and such extensions are only to delay the prosecution of this

1

**ORDER DENYING EXTENSION**

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

matter, and the court reverses its prior order and denies further extensions and will for ward the final recommendations to the U.S. District Court Judge for consideration. [In the alternative, Plaintiff has until March 15, 2006 and no further extensions to plaintiff will be granted][1]

Dated:                                  BIRNBERG & ASSOCIATES

                                        By: _____
                                              John Roberts
                                      United District Court Magistrate

---

[1] The court is requested to cross out which order is deemed not accepted.

**ORDER DENYING EXTENSION**

2

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001