Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____ ) | <br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. A-04-0147 CV (RRB) |

**MOTION TO RECONSIDER ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT**

Plaintiff moves for reconsideration of the court's order at Docket 171 denying Plaintiff's motion for an order allowing Plaintiff to serve a Second Amended Complaint, adding a claim for unpaid loan closing costs. Docket 153.

This motion is supported by the accompanying memorandum. The form of proposed second amended complaint is attached to the motion papers at Docket 153.

DATED this 15 th day of March, 2006.

             s/ Mark C. Manning
           431 West 7th Avenue, Ste. 204
           Anchorage, AK 99501
           Phone: (907) 278-9794
           Fax: (907) 278-1169
           manning@alaska.net
           ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4/17/06 to, a copy
of the Motion to Reconsider and proposed
order were served electronically on Woodbine Alaska
Fish Co. and on Guy Ferrari, Inc.

And by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124

    s/Mark C. Manning