Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, in rem, et al., )<br>)<br>Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**ERRATUM TO**
**MOTION TO RECONSIDER**

Attached hereto is a corrected order pertaining to Plaintiffs Motion to Reconsider.

DATED this 17th day of April, 2006.

                                        s/ Mark C. Manning
                                     431 West 7th Avenue, Ste. 204
                                     Anchorage, AK 99501
                                     Phone: (907) 278-9794
                                     Fax: (907) 278-1169
                                     manning@alaska.net
                                     ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 4/17/06 to, a copy of this Erratum and proposed order were served electronically on Woodbine Alaska Fish Co. and on Guy Ferrari, Inc.

And by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124


   s/Mark C. Manning