IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP,  )<br>)<br>    Plaintiff,  )<br>)<br> v.    )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>    Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**PROPOSED ORDER GRANTING MOTION TO RECONSIDER**

  Upon review of the Plaintiff's MOTION TO RECONSIDER ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AMENDED COMPLAINT, and of the papers pertaining thereto, it is hereby

  ORDERED that the motion to reconsider is granted. Plaintiff may amend its amended complaint to add a claim for unpaid loan closing costs, as exemplified in the form of amended complaint accompanying Plaintiff's motion at Docket 153.

  DATED this \_\_\_\_\_ day of April, 2006.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE