```
1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG   (SBN 105468)
2  703 Market Street Suite 600
   San Francisco, California 94103
3  Telephone Number: (415) 398- 1040
   Facsimile Number:  (415) 398-2001
4

   Barbara Norris (Ak. No. 8506070)
5  LAW OFFICES OF BARBARA NORRIS
   645 W. Third Ave.
6  Anchorage Alaska 99501
   Telephone Number: (907) 279-6621
7  Facsimile Number:  (907) 279-0199

8  Attorneys for Defendants
   Woodbine Alaska Fish Company,
9  and Guy Ferrari Inc.

10
                    IN THE UNITED STATES DISTRICT COURT
11
                             DISTRICT OF ALASKA
12

13

14  CITICAPITAL COMMERCIAL CORP,     )   Case No. A-04-0147 CI
                                     )   IN ADMIRALTY
15             Plaintiff,            )
                                     )
16        v.                         )   MEMORANDUM IN SUPPORT
                                     )   OF PROPOSED DISCOVERY
17                                   )   PLAN
    EGEGIK SPIRIT, official number 2999957, )
18  her equipment, gear, furniture, apparel, )
    fixtures, tackle, boats, machinery, anchors )
19  and all appurtenances, in rem;   )
    NAKNEK SPIRIT, official number 585824, )
20  her equipment, gear, furniture, apparel, )
    fixtures, tackle, boats, machinery, anchors )
21  and all appurtenances, in rem;   )
    WOODBINE ALASKA FISH CO.,        )
22  in personam; and GUY FERRARI, INC, )
    in personam.                     )
23                                   )
               Defendants,           )
24                                   )
                                     )
25  _____)

26

27

28  MEMORANDUM IN SUPPORT OF PROPOSED DISCOVERY PLAN
                                    1
                                                         Case No. A-04-0147 CI
```

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

On March 28, 2006, this Court ordered that the parties meet and confer and submit a proposed discovery plan by May 8, 2006. On April 11, 2006 counsel for Defendants sent a proposed discovery plan to counsel for Plaintiff by facsimile and first class U.S. mail. A follow up letter was sent on April 13, 2006. To date counsel for Plaintiff has not responded. Pursuant to this Court's order to submit a discovery plan, Defendants hereby submit the attached proposed order.

Dated: 8 May 2006                BIRNBERG & ASSOCIATES

By: __s/Cory Birnberg____
   Cory A. Birnberg
BIRNBERG & ASSOCIATES
CORY A. BIRNBERG
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email:  birnberg@birnberg.com
California State Bar No. 105468
Attorneys for Defendants

**MEMORANDUM IN SUPPORT OF PROPOSED DISCOVERY PLAN**
2

Case No. A-04-0147 CI