BIRNBERG & ASSOCIATES
CORY A. BIRNBERG   (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number:  (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number:  (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP,<br><br>Plaintiff,<br><br>v.<br><br>EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, <u>in rem</u>;<br>NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, <u>in rem</u>;<br>WOODBINE ALASKA FISH CO.,<br><u>in personam</u>; and GUY FERRARI, INC,<br><u>in personam</u>.<br><br>Defendants, | **Case No. A-04-0147 CI**<br>**IN ADMIRALTY**<br><br>**[proposed] DISCOVERY PLAN** |

**DISCOVERY PLAN**

1

Case No. A-04-0147 CI

This Court, having given the parties ample time to meet and confer on the subject, HEREBY APPROVES the following discovery plan:

A. Discovery will be needed on the following issues:

Issues raised by the amended complaint, the counter claim, and the answers thereto.

B. All non-expert discovery commenced in time to be completed by August 1, 2006 ("discovery close date"). Expert discovery to be completed by August 15, 2006.

C. Limitations on Discovery.

    1. Interrogatories:

        ___    No change from F.R.Civ.P. 33(a)

        _X_    Maximum of _25_ by each side.

    Responses due in _30_ days.

    2. Requests for Admissions.

        ___    No change from F.R.Civ.P. 36(a).

        _X_    Maximum of _25_ Requests by each side.

    Responses due in _30_ days.

    3. Depositions.

    No change from F.R.Civ.P. 36(a), (d).

        _X_    Maximum of _6_ depositions by each side.

    Depositions not to exceed _6_ hours unless agreed to by all parties.

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**DISCOVERY PLAN**

2

Case No. A-04-0147 CI

D. Reports from retained experts.

    ___ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    _X_ Reports due:

From plaintiff: July 15, 2006 ; From defendant: July 15, 2006

E. Supplementation of disclosures and discovery responses are to be made:

    ___ Periodically at 60-day intervals from the entry of scheduling and planning order.

    ___ As new information is acquired, but not later than 60 days before the close of discovery.

    _X_ June 1, 2006

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    ___ 45 days prior to the close of discovery.

    _X_ Not later than July 1, 2006

Dated: _____
Honorable John Roberts
United States District Court Magistrate

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**DISCOVERY PLAN**

3

Case No. A-04-0147 CI