BIRNBERG & ASSOCIATES
CORY A. BIRNBERG   (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398- 1040
Facsimile Number:  (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number:  (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, | |
| Plaintiff, | **Case No. A-04-0147 CI** |
| v. | **IN ADMIRALTY** |
| EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem; | **CERTIFICATE OF SERVICE** |
| NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem; WOODBINE ALASKA FISH CO., in personam; and GUY FERRARI, INC, in personam. | |
| Defendants, | |

**CERTIFICATE OF SERVICE**

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1

Case No. A-04-0147 CI

1  Certificate of service
   The undersigned hereby certifies that on this 9th
2  day of May 2006, a true and correct copy of Memorandum
3  in Support of Proposed Discovery Plan; [proposed] Discovery Plan
   was sent via FACSIMILE and FIRST CLASS U.S. MAIL to:
4
5  Mark C. Manning
   431 West 7th Avenue, Suite 204
   Anchorage, AK  99501-3583
6  Facsimile: 907-278-1169

7  BIRNBERG & ASSOCIATES

8
   By: __s/Cory Birnberg____
9  Cory A. Birnberg
   BIRNBERG & ASSOCIATES
10 CORY A. BIRNBERG
   703 Market Street Suite 600
11 San Francisco, California 94103
   Telephone Number: (415) 398-1040
12 Facsimile Number: (415) 398-2001
   Email:  birnberg@birnberg.com
13 California State Bar No. 105468

28 **CERTIFICATE OF SERVICE**

**2**

Case No. A-04-0147 CI