Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, in rem, et al., )<br>)<br>Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**NOTICE CONCERNING PROPOSED DISCOVERY PLAN**

Defendants filed a proposed discovery plan yesterday, under a cover asserting that Plaintiff had never responded to Defendants' April 11 draft proposed plan.  In fact, Plaintiff's counsel had faxed a letter requesting changes to California defense counsel's office on April 17.  Counsel anticipated that Defendants would either incorporate the requested changes and file the revised schedule, or would contact counsel to discuss. After Plaintiff's counsel re-faxed the April 17 letter with fax confirmation sheet this morning, counsel for all parties conferred and resolved the April 17 requests.  The parties intend to file a revised plan tomorrow.

DATED this 9th day of May, 2006.

    s/ Mark C. Manning
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 5/9/06 to, a copy
of this Notice was
served electronically on Woodbine Alaska
Fish Co. and on Guy Ferrari, Inc.

And by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124

   s/Mark C. Manning