Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
manning@alaska.net

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

CITICAPITAL COMMERCIAL CORP,    )
                                )
            Plaintiff,          )
                                )
    v.                          )
                                )
EGEGIK SPIRIT, official number  )
299957, her equipment, gear, furniture,  )
apparel, fixtures, tackle, boats, machinery  )
anchors and all appurtenances, in rem, et al., )
                                )       IN ADMIRALTY
            Defendants.         )       No. A-04-0147 CV  (RRB)
_____ )

**NOTICE CONCERNING PROPOSED DISCOVERY PLAN**

Further to Plaintiff's notice concerning the proposed discovery plan yesterday, the parties have produced the attached plan in accord with the court's order of March 28, 2006, which supercedes the proposed plan Defendants filed on May 8.  Defense counsel has authorized the undersigned to report to the court that the attached plan is acceptable to all parties.

DATED this 10th day of May, 2006.

                    s/ Mark C. Manning
                    431 West 7th Avenue, Ste. 204
                    Anchorage, AK 99501
                    Phone: (907) 278-9794
                    Fax: (907) 278-1169
                    manning@alaska.net
                    ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 5/10/06 to, a copy
of this Notice was
served electronically on Woodbine Alaska
Fish Co. and on Guy Ferrari, Inc.

And by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124

   s/Mark C. Manning