BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number: (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, <br><br> Plaintiff, <br><br> v. <br><br> EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem; <br> NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem; <br> WOODBINE ALASKA FISH CO., in personam; and GUY FERRARI, INC, in personam. <br><br> Defendants, | Case No. A-04-0147 CI <br> IN ADMIRALTY <br><br> [proposed] DISCOVERY PLAN |

DISCOVERY PLAN

1

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

This Court, having given the parties ample time to meet and confer on the subject, HEREBY APPROVES the following discovery plan:

A. Discovery will be needed on the following issues:

Issues raised by the second amended complaint, the first amended counter-claim, and the answers thereto.

B. All non-expert discovery commenced in time to be completed by August 1, 2006 ("discovery close date"). Expert discovery to be completed by August 15, 2006.

C. Limitations on Discovery.

    1. Interrogatories:

        ___ No change from F.R.Civ.P. 33(a)

        _X_ Maximum of _25_ by each side, not counting those previously served.

        Responses due in _30_ days.

    2. Requests for Admissions.

        ___ No change from F.R.Civ.P. 36(a).

        _X_ Maximum of _35_ Requests by each side, not counting those previously served..

        Responses due in _30_ days.

    3. Depositions.

        No change from F.R.Civ.P. 36(a), (d).

        _X_ Maximum of _6_ depositions by each side.

        Depositions not to exceed _6_ hours unless agreed to by

**DISCOVERY PLAN**

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

all parties.

    D.    Reports from retained experts.

        ___    Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

        _X_    Reports due:

From plaintiff: <u>July 15, 2006</u> ; From defendant: <u>July 15, 2006</u>

E. Supplementation of disclosures and discovery responses are to be made:

        ___    Periodically at 60-day intervals from the entry of scheduling and planning order.

        ___    As new information is acquired, but not later than 60 days before the close of discovery.

        _X_    Initial Disclosures June 8, 2006

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        ___    45 days prior to the close of discovery.

        _X_    Not later than July 1, 2006

Dated: _____

                      Honorable John Roberts
                      United States District Court Magistrate

BIRNBERG &
ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**DISCOVERY PLAN**

3

Case No. A-04-0147 CI