BIRNBERG & ASSOCIATES
CORY A. BIRNBERG   (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398- 1040
Facsimile Number: (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number:  (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, | Case No. A-04-0147 CI |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| | **APPLICATION FOR CLERK'S ENTRY OF DEFAULT** |
| EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, <u>in rem</u>; | |
| NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, <u>in rem</u>; | |
| WOODBINE ALASKA FISH CO., <u>in personam</u>; and GUY FERRARI, INC, <u>in personam</u>. | |
| Defendants, | |

NOW COME defendants Woodbine Alaska Fish Company and Guy Ferrari Inc., and hereby requests a clerk's entry of default pursuant to FRCP 55(a).

BIRNBERG & ASSOCIATES
703 MARKET STREET SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

APPLICATION FOR DEFAULT                -1-

1. Pursuant to this Court's order on March 28, 2006, Defendants herein filed their First Amended Counterclaim on April 18, 2006 through the Court's ECF/efiling system. Plaintiff was served through the court's electronic filing system and, pursuant to Local Rule 5.3(c)(2), has consented to electronic service.

2. Plaintiff's responsive pleading was due within 20 days of service of the First Amended Counterclaim. Because service was completed on April 18, 2006, a responsive pleading was due on May 8, 2006.

3. On May 11, 2006, this Court filed a notice that the time to answer the First Amended Counterclaim has expired, and that counter claimants may apply for default.

4. FRCP 55(a) provides:

a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

WHEREFORE, Defendants prays that:

1. The Entry of Default be entered by the clerk.

Dated: 11 May 2006

BIRNBERG & ASSOCIATES

By: __s/Cory Birnberg____
   Cory A. Birnberg
CORY A. BIRNBERG
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email: birnberg@birnberg.com
California State Bar No. 105468
Attorneys for Defendants

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

APPLICATION FOR DEFAULT           -2-

Certificate of service

The undersigned hereby certifies that on this 11th day of May 2006, a true and correct copy of Application for Entry of Clerks Default was sent via FACSIMILE and FIRST CLASS U.S. MAIL to:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK  99501-3583
Facsimile: 907-278-1169

BIRNBERG & ASSOCIATES

By: __s/Cory Birnberg____
Cory A. Birnberg
BIRNBERG & ASSOCIATES
CORY A. BIRNBERG

703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email:  birnberg@birnberg.com
California State Bar No. 105468

BIRNBERG & ASSOCIATES
703 MARKET STREET SUITE 600
SAN FRANCISCO CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

APPLICATION FOR DEFAULT     -3-