1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BIRNBERG & ASSOCIATES
CORY A. BIRNBERG   (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398- 1040
Facsimile Number: (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number:  (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

CITICAPITAL COMMERCIAL CORP,  )

              Plaintiff,  )

                  )

      v.  )

                  )

EGEGIK SPIRIT, official number 2999957, )
her equipment, gear, furniture, apparel,  )
fixtures, tackle, boats, machinery, anchors  )
and all appurtenances, in rem;  )
NAKNEK SPIRIT, official number 585824,  )
her equipment, gear, furniture, apparel,  )
fixtures, tackle, boats, machinery, anchors  )
and all appurtenances, in rem;  )
WOODBINE ALASKA FISH CO.,  )
in personam; and GUY FERRARI, INC,  )
in personam.  )

            Defendants,  )

_____

**Case No. A-04-0147 CI**
**IN ADMIRALTY**


**DECLARATION IN SUPPORT
OF APPLICATION FOR
CLERK'S ENTRY OF DEFAULT**

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

I, Cory Birnberg, declare as follows.

1.      I am an attorney at law licensed to practice in the state of California, before all federal district courts in the State of California and have practiced pro hac vice in the State of Alaska and am admitted pro hac vice before this Court in this matter. I make this declaration upon my own personal knowledge as to those facts stated upon information and belief, I believe them to be true.

2.      Counterclaimants WOODBINE ALASKA FISH COMPANY and GUY FERRARI INC. request that the Clerk of this Court enter the default of CITICAPITAL COMMERCIAL CORP. on the First Amended Counterclaim for failure to plead or otherwise defend in a timely manner, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

3.      Pursuant to this Court's order on March 28, 2006, Defendants herein filed their First Amended Counterclaim on April 18, 2006 through the Court's ECF/efiling system. Plaintiff was served through the court's electronic filing system and, pursuant to Local Rule 5.3(c)(2), has consented to electronic service.

4.      Plaintiff's responsive pleading was due within 20 days of service of the first amended counter claim.  Because service was completed on April 18, 2006, a responsive pleading was due on May 8, 2006.

///

///

///

///

///

///

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.      On May 11, 2006, this Court filed a notice that the time to answer the counterclaims has expired, and that counterclaims may apply for default.

I declare under penalty of perjury the foregoing is true under the laws of the Untied States and pursuant to 28 U.S.C. §1746. Executed this 11th day of May, 2006 at San Francisco, California.

By:   __s/Cory Birnberg____
     Cory A. Birnberg
CORY A. BIRNBERG
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email:  birnberg@birnberg.com
California State Bar No. 105468
Attorneys for Defendants

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION IN SUPPORT OF APPLICATION FOR DEFAULT          -3-

**Certificate of service**

The undersigned hereby certifies that on this 11th day of May 2006, a true and correct copy of Declaration in support of application for entry of clerks default was sent via FACSIMILE and FIRST CLASS U.S. MAIL to:

Mark C. Manning
431 West 7th Avenue, Suite 204
Anchorage, AK  99501-3583
Facsimile: 907-278-1169

BIRNBERG & ASSOCIATES
By:   s/Cory Birnberg
Cory A. Birnberg
BIRNBERG & ASSOCIATES
CORY A. BIRNBERG
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email:  birnberg@birnberg.com
California State Bar No. 105468

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001