## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CITICAPITAL COMMERCIAL CORP.  v.  EGEGIK SPIRIT, et al.

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.  3:04-CV-00147-RRB

Natalie Day

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 11, 2006

It has come to the court's attention that Barbara Norris has not yet registered for participation in this Court's Electronic Case Filing System.

ACCORDINGLY IT IS HEREBY ORDERED AS THAT:

1) The ECF Help Desk shall forward this Court's Electronic Case Filing System Attorney Registration Form to Ms. Norris, along with this order, at her fax number of 907-279-0199.

2) Upon receipt of the Electronic Case Filing System Attorney Registration Form, Ms. Norris shall IMMEDIATELY complete it and return it to the Clerk of Court, via fax, at 907-677-6181.

[]{IA.WPD*Rev.12/96}