## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP,<br><br>             Plaintiff,<br>    vs.<br><br>EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem;<br>NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem;<br>WOODBINE ALASKA FISH CO., in personam; and GUY FERRARI, INC, in personam.<br><br>             Defendants. | 3-04-cv-00147-RRB-JDR<br><br>**DISCOVERY PLAN** |

        This court, having given the parties ample time to meet and confer on the subject, HEREBY APPROVES the following discovery plan:

**A.** Discovery will be needed on the following issues;

Issues raised by the second amended complaint, the first amended counterclaim, and the answers thereto.

**B.** All non-expert discovery commenced in time to be completed by August 1, 2006 ("discovery close date"). Expert discovery to be completed by August 15, 2006.

**C.** Limitations on Discovery.

1. Interrogatories:

    Maximum of 25 by each side, not counting those previously served. Responses due in 30 days.

2. Requests for Admissions.

    Maximum of 35 requests by each side, not counting those previously served. Responses due in 30 days.

3. Depositions.

    Maximum of 6 depositions by each side. Depositions not to exceed 6 hours unless agreed to by all parties.

**D.** Reports from retained experts.

Reports due from plaintiff and defendant: July 15, 2006.

//
//

  **E.** Supplementation of disclosures and discovery responses are to be made:

  Initial Disclosures June 8, 2006.

  **F.** A Final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  Not later than July 1, 2006.

  DATED this 22nd day of May, 2006, at Anchorage, Alaska.

    /s/ John D. Roberts
    JOHN D. ROBERTS
    United States Magistrate Judge