1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG  (SBN 105468)
2  703 Market Street Suite 600
   San Francisco, California 94103
3  Telephone Number: (415) 398- 1040
   Facsimile Number:  (415) 398-2001
4

5  Barbara Norris (Ak. No. 8506070)
   LAW OFFICES OF BARBARA NORRIS
6  645 W. Third Ave.
   Anchorage Alaska 99501
   Telephone Number: (907) 279-6621
7  Facsimile Number:  (907) 279-0199

8  Attorneys for Defendants
   Woodbine Alaska Fish Company,
9  and Guy Ferrari Inc.

10
                   **IN THE UNITED STATES DISTRICT COURT**
11
                          **DISTRICT OF ALASKA**
12

13

14  CITICAPITAL COMMERCIAL CORP,          )    **Case No. A-04-0147 CI**
                                          )    **IN ADMIRALTY**
15               Plaintiff,               )
                                          )
16          v.                            )
                                          )    **ANSWER OF WOODBINE**
17                                        )    **ALASKA FISH CO., AND GUY**
    EGEGIK SPIRIT, official number 2999957, )  **FERRARI INC., TO SECOND**
18  her equipment, gear, furniture, apparel, )  **AMENDED COMPLAINT IN**
    fixtures, tackle, boats, machinery, anchors )  **REM AND IN PERSONAM BY**
19  and all appurtenances, in rem;        )    **CITICAPITAL COMMERCIAL**
                                          )    **CORP.**
20  NAKNEK SPIRIT, official number 585824, )
    her equipment, gear, furniture, apparel, )
21  fixtures, tackle, boats, machinery, anchors )
    and all appurtenances, in rem;        )
22  WOODBINE ALASKA FISH CO.,             )
    in personam; and GUY FERRARI, INC,    )
23  in personam.                          )
                                          )
24               Defendants,              )
    _____ )

25

26          Defendants WOODBINE ALASKA FISH COMPANY AND GUY FERRARI INC.,

27  (collectively, the "Defendants"), by and through their undersigned counsel, submit their

28

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

answer to the second amended complaint of Plaintiff CITICAPITAL COMMERCIAL

CORP. ("Plaintiff").  Defendants hereby incorporate herein by reference their claims of the

vessels the NAKNEK SPIRIT and EGEGIK SPIRIT made in August 2004 pursuant to

Supplemental Admiralty Rule C(6) and, pursuant to Federal Rules of Civil Procedure §§ 8,

10, and 12, respond to the complaint, admit, deny, and generally deny each and every

allegation in the second amended complaint, and further deny that Plaintiff has suffered any

damage in the sum or sums alleged, or in any sum at all, or is otherwise entitled to the relief

sought or any relief whatsoever as follows:

1.      Defendants admit the allegations contained in paragraph 1 of the complaint.

2.      Defendants lack sufficient information to admit or deny the allegations

contained in paragraph 2 of the complaint and therefore deny same.

3.      Defendants admit the EGEGIK SPIRIT is owned by Woodbine Alaska Fish

Company, an Alaskan Corporation, and deny the remainder of the allegations contained in

paragraph 3 of the complaint.

4.      Defendants admit the NAKNEK SPIRIT is owned by Guy Ferrari Inc, a

California Corporation, and deny the remainder of the allegations contained in paragraph 4

of the complaint.

5.      Defendants admit Woodbine Alaska Fish Company is an Alaskan

Corporation and Guy Ferrari Inc. is a California Corporation and deny the remainder of the

allegations contained in paragraph 5 of the complaint.

6.      Defendants admit, without prejudice, and based upon their present

information and belief, the execution and delivery of the Promissory Note, but deny the

remainder of the allegations contained in paragraph 6 of the complaint.

ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF          Case No. A-04-0147 CI

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

7.    Defendants admit certain preferred ship mortgages were entered into with respect to NAKNEK SPIRIT and the EGEGIK SPIRIT, however, Defendants either lack sufficient information to admit or deny the remainder of the allegations or such allegations call for a legal conclusion and therefore do not call for an admission of facts.  As such, Defendants deny the remainder of the allegations contained in paragraph 7 of the complaint.

8.    Defendants deny the allegations contained in paragraph 8 of the complaint.

9.    Defendants assert that the Note provides for certain costs in collection however, affirmatively assert that Plaintiff's collection efforts were unreasonable, and deny that Plaintiff is entitled to any collection costs.

10.    Defendants admit that they signed several documents in connection with the underlying loan.  Defendants admit based on information and belief that a check for $7,500 that was paid to Plaintiff in connection with the loan was returned due to insufficient funds. Defendants lack sufficient information to admit or deny, and as such deny, the remainder of the allegations contained in paragraph 10 of the complaint.

11.    Defendants admit that they paid at least $678.09.  Defendants lack sufficient information to admit or deny, and as such deny, the remainder of the allegations contained in paragraph 11 of the complaint.

<u>AFFIRMATIVE DEFENSES</u>

<u>FIRST AFFIRMATIVE DEFENSE</u>
(Failure to State Sufficient Facts)

The Second Amended Complaint, and each purported claim therein, fails to state facts sufficient to constitute any cause of action against Defendants.

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA. 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**

1

2

3

SECOND AFFIRMATIVE DEFENSE<br>(Failure to State a Claim)

4

The Second Amended Complaint, and each purported claim therein, fails to state

5

any claim upon which relief can be granted.

6

7

THIRD AFFIRMATIVE DEFENSE<br>(Statute of Limitations)

8

The Second Amended Complaint, and each purported cause of action alleged therein

9

against Defendants, is barred by all applicable statute of limitations provisions.

10

11

FOURTH AFFIRMATIVE DEFENSE<br>(Failure to Mitigate)

12

To the extent that Plaintiff has failed to mitigate, minimize, or avoid any damages

13

allegedly sustained, any recovery against Defendants, if any, must be reduced accordingly.

14

15

FIFTH AFFIRMATIVE DEFENSE<br>(Due Care)

16

Defendants have at all times exercised due care concerning actions, conduct, or

17

other matters alleged in the complaint, or any purported claim asserted therein.

18

19

20

SIXTH AFFIRMATIVE DEFENSE<br>(Comparative Fault)

21

Defendants allege that if they were found to have any liability to Plaintiff, which

22

they expressly deny, that this Court must reduce the liability of Defendants in proportion to

23

the comparative fault of Plaintiff and others.

24

25

SEVENTH AFFIRMATIVE DEFENSE<br>(Contributory Negligence)

26

Persons and entities, other than Defendants or their agent(s), were negligent and at

27

fault in connection with the acts alleged to have resulted in damages, and by reason thereof,

28

4<br>ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF        Case No. A-04-0147 CI

BIRNBERG &<br>ASSOCIATES<br><br>703 MARKET STREET<br>SUITE 600<br>SAN FRANCISCO<br>CA. 94103<br>TEL (415) 398-1040<br>FAX (415) 398-2001

Plaintiff's right of recovery against Defendants should be reduced by the amount which the negligence and/or fault of persons and entities other than Defendants or their agent(s), caused or contributed to any alleged damage.

### EIGHTH AFFIRMATIVE DEFENSE
(Failure to Fully Set Out Claims)

Defendants allege that Plaintiff has failed to set out its claims with sufficient particularity to enable Defendants to raise all appropriate defenses and, thus, Defendants reserve their right to add additional defenses as the factual basis for these claims becomes known.

### NINTH AFFIRMATIVE DEFENSE
(Unclean Hands, Inequitable Conduct)

Plaintiff's conduct is barred, in whole or in part, by its own unclean hands and inequitable conduct.

### TENTH AFFIRMATIVE DEFENSE
(Waiver, Laches, Estoppel)

Plaintiff's conduct is barred, in whole or in part, by the doctrines of waiver, laches, and estoppel.

### ELEVENTH AFFIRMATIVE DEFENSE
(Unreasonable Expenses)

Plaintiff is not entitled to the advancement it seeks because the nature and size of litigation expenses sought by it are unreasonable.

### TWELFTH AFFIRMATIVE DEFENSE
(Agreement is Not Fully Integrated)

These answering Defendants are informed and believe and thereon allege that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF          Case No. A-04-0147 CI

1   Plaintiff seeks are unenforceable because the written agreement alleged in the complaint is

2   not fully integrated.

3

4                      THIRTEENTH AFFIRMATIVE DEFENSE
                              (Mutual Mistake)

5
        These answering Defendants are informed and believe and thereon allege that if
6
    there presently exists or ever existed, any or all of the alleged rights, claims or obligations
7
    which Plaintiff seeks are unenforceable by reason of mutual mistake.
8

9                      FOURTEENTH AFFIRMATIVE DEFENSE
                              (Equitable Estoppel)
10

11      These answering Defendants allege that Plaintiff herein, and each and every Cause

12   of Action contained in the complaint, are barred by reason of acts, omissions,

13   representations and courses of conduct by Plaintiff by which Defendants were led to rely to

14   their detriment, thereby barring, under the doctrine of equitable estoppel, any causes of

15   action asserted by the Plaintiff.
16
                        FIFTEENTH AFFIRMATIVE DEFENSE
17                            (Equitable Estoppel)

18      Plaintiff is estopped to deny that the contract was modified by the oral agreements

19   alleged herein because Defendants were repeatedly misled into believing that the vessels,

20   the EGEGIK SPIRIT and the NAKNEK SPIRIT would be released by Plaintiff, and instead,

21   Plaintiff continued the arrests and eventually sold the vessels at auction for less than the

22   amounts of the loan.  Defendants relied on the terms of the modified contract to their

23   detriment.

24

25

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA. 94103
TEL (415) 398-1040
FAX (415) 398-2001

26

27

28

SIXTEENTH AFFIRMATIVE DEFENSE<br>(Modification of Contract)

These answering Defendants allege that on or about July 24, 2004, Plaintiff and Defendants made an oral agreement to release the vessels the EGEGIK SPIRIT and the NAKNEK SPIRIT. The purpose of the oral agreement was to modify the written contract alleged in the complaint. The oral agreement was supported by valuable and new consideration in that Defendants agreed to obtain insurance on the vessels and agreed to pay Plaintiff from the proceeds of fish sales.  Defendants have performed all of the conditions of the contract, as modified, on their parts to be performed in accordance with the terms of the contract as modified.

SEVENTEENTH AFFIRMATIVE DEFENSE<br>(Modification of Contract)

These answering Defendants allege that on or about July 25, 2004, Plaintiff and Defendants made an oral agreement to release the vessels the EGEGIK SPIRIT and the NAKNEK SPIRIT. The purpose of the oral agreement was to modify the written contract alleged in the complaint. The oral agreement was supported by valuable and new consideration in that Defendants agreed that they would pay Plaintiff $43,940.82. Defendants have performed all of the conditions of the contract, as modified, on their parts to be performed in accordance with the terms of the contract as modified.

EIGHTEENTH AFFIRMATIVE DEFENSE<br>(Modification of Contract)

These answering Defendants allege that on or about July 26, 2004, Plaintiff and Defendants made an oral agreement to release the vessels the EGEGIK SPIRIT and the NAKNEK SPIRIT. The purpose of the oral agreement was to modify the written contract

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA. 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**

alleged in the complaint. The oral agreement was supported by valuable and new

consideration in that Defendants agreed that they would pay $79,487.65 and agreed to

obtain insurance coverage for the vessels.  Defendants have performed all of the conditions

of the contract, as modified, on their parts to be performed in accordance with the terms of

the contract as modified.

### NINETEENTH AFFIRMATIVE DEFENSE
(Modification of Contract)

These answering Defendants allege that on or about August 1, 2004, Plaintiff and

Defendants made an oral agreement to release the vessels the EGEGIK SPIRIT and the

NAKNEK SPIRIT. The purpose of the oral agreement was to modify the written contract

alleged in the complaint. The oral agreement was supported by valuable and new

consideration in that Defendants agreed that they would pay $125,000 and agreed to obtain

insurance coverage for the vessels.  Defendants have performed all of the conditions of the

contract, as modified, on their parts to be performed in accordance with the terms of the

contract as modified.

### TWENTIETH AFFIRMATIVE DEFENSE
(Modification of Contract)

These answering Defendants allege that on or about August 6, 2004, Plaintiff and

Defendants made an oral agreement to release the vessels the EGEGIK SPIRIT and the

NAKNEK SPIRIT. The purpose of the oral agreement was to modify the written contract

alleged in the complaint. The oral agreement was supported by valuable and new

consideration in that Defendants agreed that they would pay $125,000 and agreed to obtain

excess insurance coverage for the vessels.  Defendants have performed all of the conditions

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**

1  of the contract, as modified, on their parts to be performed in accordance with the terms of

2  the contract as modified.

3                    TWENTY-FIRST AFFIRMATIVE DEFENSE
4                           (Modification of Contract)

5        These answering Defendants allege that on or about August 10, 2004, Plaintiff and

6  Defendants made an oral agreement to release the vessels the EGEGIK SPIRIT and the

7  NAKNEK SPIRIT. The purpose of the oral agreement was to modify the written contract

8  alleged in the complaint. The oral agreement was supported by valuable and new

9  consideration in that Defendants agreed that they would pay $125,000, agreed to obtain

10  excess insurance coverage for the vessels, and agreed to submit a proposed business plan.

11  Defendants have performed all of the conditions of the contract, as modified, on their parts

12  to be performed in accordance with the terms of the contract as modified.

13

14                   TWENTY-SECOND AFFIRMATIVE DEFENSE
15                      (Lack of Subject Matter Jurisdiction)

16        These answering Defendants allege that this Court does not have subject matter

17  jurisdiction over this case.

18                    TWENTY-THIRD AFFIRMATIVE DEFENSE
19                      (Lack of Subject Matter Jurisdiction)

20        These answering Defendants allege that any valid contract, preferred ship mortgage,

21  promissory note and modifications thereto as well as the issues in this case are subject to

22  the laws of the State of Texas.

23

24                   TWENTY-FOURTH AFFIRMATIVE DEFENSE
25                        (Modification of Promissory Note)

26  These answering Defendants allege that the Promissory Note was modified by the parties'

27  subsequent agreement, and that Plaintiff was therefore not entitled to accelerate the Note.

28

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**

## TWENTY-FIFTH AFFIRMATIVE DEFENSE
(Workout Agreement)

These answering Defendants allege that the parties reached a workout agreement whereby Plaintiff would release the vessels EGEGIK SPIRIT and NAKNEK SPIRIT and Defendants would continue making payments.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE
(In the Alternative)

In the alternative, should the Court determine that, at the time of contracting, Plaintiff and Defendants did not share a common intent with respect to the effect of Plaintiff's exercise of the Promissory Note and the two Preferred Ship Mortgages against the aforementioned vessels and Security Agreements alleged therein, then there was no mutual assent ("meeting of the minds") on the issue, and Defendants have no obligation to Plaintiff as to any disputed portion thereof.

WHEREFORE, Defendants pray for judgment as follows:

1.      That Plaintiff takes nothing by reason of the complaint;

2.      That if Defendants are found liable, the degree of the responsibility and liability for the resulting damage be determined and that Defendant be liable only for that portion of the total damage in proportion to their responsibility for the same;

3.      That Plaintiff's improper prayer for attorney's fees be stricken and summarily denied;

4.      That the vessels be released forthwith;

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**

1         5.     That Defendants be awarded costs of suit herein, attorneys fees, and such

2  other further relief as the Court deems just and proper.

3  Dated: 31 May 2006                   BIRNBERG & ASSOCIATES

4

5                             By:  __s/Cory Birnberg____
                               Cory A. Birnberg

6                            BIRNBERG & ASSOCIATES
                            CORY A. BIRNBERG

7                            703 Market Street Suite 600
                            San Francisco, California 94103

8                            Telephone Number: (415) 398-1040
                            Facsimile Number: (415) 398-2001

9                            Email:  birnberg@birnberg.com
                            California State Bar No. 105468

10                          Attorneys for Cross-Complainants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA. 94103
TEL (415) 398-1040
FAX (415) 398-2001

26

27

28

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**         **Case No. A-04-0147 CI**

<u>**VERIFICATION**</u>

I, Cory A. Birnberg, personally prepared the foregoing Verified Answer and state that the contents thereof are true to the best of my knowledge based upon information and documentation supplied to me by Defendant WOODBINE ALASKA FISH COMPANY, INC and GUY FERRARI INC.  I have been authorized to sign this Verification on behalf of Defendants who are currently outside this jurisdiction and are unable to execute the Verification for themselves.

Dated: 31 May 2006                    BIRNBERG & ASSOCIATES

By:   s/Cory Birnberg____
    Cory A. Birnberg
BIRNBERG & ASSOCIATES
CORY A. BIRNBERG
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email:  birnberg@birnberg.com
California State Bar No. 105468
Attorneys for Cross-Complainants

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**

1  Certificate of service
   The undersigned hereby certifies that on this 31st day of May 2006, a true and correct copy
2  of Declaration in support of application for entry of clerks default was sent via FACSIMILE
3  and FIRST CLASS U.S. MAIL to:

4  Mark C. Manning
   431 West 7th Avenue, Suite 204
5  Anchorage, AK  99501-3583
   Facsimile: 907-278-1169
6
7  BIRNBERG & ASSOCIATES
   By:   s/Cory Birnberg____
8  Cory A. Birnberg
   BIRNBERG & ASSOCIATES
9  CORY A. BIRNBERG
   703 Market Street Suite 600
10 San Francisco, California 94103
   Telephone Number: (415) 398-1040
11 Facsimile Number: (415) 398-2001
   Email:  birnberg@birnberg.com
12 California State Bar No. 105468

13

14

15

16

17

18

19

20

21

22

23

24

25

26 BIRNBERG &
   ASSOCIATES

27 703 MARKET STREET
   SUITE 600
   SAN FRANCISCO
   CA, 94103
   TEL (415) 398-1040
   FAX (415) 398-2001

28

**ANSWER OF DEFENDANTS TO SECOND AMENDED COMPLAINT OF PLAINTIFF**          **Case No. A-04-0147 CI**