Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**PLAINTIFF'S STATUS REPORT**

The parties have agreed in principle to pursuing an alternative form of dispute resolution, and are in process of developing a comprehensive agreement for doing so.  Plaintiff expects that the parties will accomplish that momentarily, and will promptly file a supplemental status report reflecting that agreement.

           s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 8/31/06, a copy
of the foregoing report was
served electronically on Woodbine Alaska
Fish Co. and on Guy Ferrari, Inc.

and by mail on

Barbara A. Norris
Law Office of Barbara A. Norris
645 West 3rd Avenue
Anchorage, AK 99501-2124

   s/Mark C. Manning