BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Barbara Norris (Ak. No. 8506070)
LAW OFFICES OF BARBARA NORRIS
645 W. Third Ave.
Anchorage Alaska 99501
Telephone Number: (907) 279-6621
Facsimile Number: (907) 279-0199

Attorneys for Defendants
Woodbine Alaska Fish Company,
and Guy Ferrari Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, | Case No. A-04-0147 CI |
| Plaintiff, | IN ADMIRALTY |
| v. | |
| | DEFENDANTS' STATUS REPORT |
| EGEGIK SPIRIT, official number 2999957, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem; | |
| NAKNEK SPIRIT, official number 585824, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances, in rem; WOODBINE ALASKA FISH CO., in personam; and GUY FERRARI, INC., in personam. | |
| Defendants, | |

COME NOW, Defendants and hereby submit the following status report:

///

///

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**1**

**DEFENDANTS' STATUS REPORT**                                                             A-04-0147-CI

Defendants were under the impression that the report to be filed was to be a joint report, however it was not, but Defendants concur with the status report of Plaintiff.

Dated: September 1, 2006

BIRNBERG & ASSOCIATES

By: __/s Cory A. Birnberg_____
Cory A. Birnberg
Attorneys for Defendants
CORY A. BIRNBERG (SBN 105468)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**2**

**DEFENDANTS' STATUS REPORT**                                    A-04-0147-CI

| | |
|---|---|
| 1 | |
| 2 | Certificate of service<br>The undersigned hereby certifies that on this 1<u>st</u> |
| 3 | day of September 2006, a true and correct copy of the<br>foregoing documents was served by |
| 4 | ELECTRONIC SERVICE on: |
| 5 | Mark C. Manning<br>431 West 7th Avenue, Suite 204 |
| 6 | Anchorage, AK  99501-3583 |
| 7 | |
| 8 | BIRNBERG & ASSOCIATES |
| 9 | By: /s Cory A. Birnberg<br>    Cory A. Birnberg |
| 10 | |

BIRNBERG &
ASSOCIATES

703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

**3**

**DEFENDANTS' STATUS REPORT**                                    A-04-0147-CI