UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CITICAPITAL COMMERCIAL   v.   EGEGIK SPIRIT

DATE:   September 20, 2006   CASE NO.   3:04-CV-0147-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS ADOPTING REVISED RECOMMENDATION AND DISMISSING PENDING MOTIONS**

---

Given the parties' intent to pursue alternative dispute resolution, all pending motions are **DENIED**, without prejudice, as moot.