Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EGEGIK SPIRIT, official number ) <br> 299957, her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, *in rem, et al.*, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> WOODBINE ALASKA FISH CO., ) <br> *in personam*, and GUY FERRARI, INC., ) <br> *in personam*, ) <br> ) <br> Counter-claim Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CITICAPITAL COMMERCIAL CORP., ) <br> ) <br> Counter-claim Defendant ) <br> _____) | IN ADMIRALTY <br> No. A-04-0147 CV (RRB) |

**STIPULATION TO JUDGMENTS AND TO DISMISSAL OF COUNTER-CLAIMS**

    The parties previously reported to the court that they were pursuing alternative dispute resolution. They have reached agreement to this stipulation, that resolves all pending claims in this action.

    1. The parties stipulate that *in rem* judgments in the amount of the credit bids pursuant to

which the Defendant vessels were purchased at interlocutory sale may be entered against the proceeds of the sales. Since Plaintiff purchased the vessels with credit bids, and since nothing transpired that required Plaintiff to deposit any portion of the bids with the court, these *in rem* judgments will not require the clerk to disburse any funds.

      2. The parties stipulate that judgment *in personam* in the total and sole amount of $50,000.00 may be entered against Defendants Woodbine Alaska Fish Company and Guy Ferrari, Inc., jointly and severally.

      3. The parties stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the counter-claims in this action are to be dismissed with prejudice, the parties to bear their respective costs and fees.

      4. The parties stipulate to use of the accompanying form of *in rem* and *in personam* judgments and form of order dismissing the counter-claims.

        s/ Mark C. Manning
      MARK C. MANNING, P.C.
      Counsel for Plaintiff/ Counter-claim
      Defendant
      431 West 7th Avenue, Ste. 204
      Anchorage, AK 99501
      Phone: (907) 278-9794
      Fax: (907) 278-1169
      manning@alaska.net
      ABA No. 8110066

        s/ Cory A. Birnberg (consent)
      BIRNBERG & ASSOCIATES
      Counsel for Defendants/ Claimants/
      Counter-claim Plaintiffs
      703 Market Street, Suite 600
      San Francisco, CA 94103
      Phone: (415) 398-1040
      Fax: (415) 398-2001
      birnberg@birnberg.com