IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**JUDGMENTS IN REM AND IN PERSONAM**

Upon consideration of the parties' stipulation to the entry of judgments in this action and of the court's file in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. CitiCapital Commercial Corporation had a valid and subsisting preferred ship mortgage lien upon Defendant vessel EGEGIK SPIRIT, official number 2999957, and her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances. This lien transferred to the proceeds of the interlocutory sale of the Defendant vessel to Plaintiff for a $126,000.00 credit bid. CitiCapital Commercial Corporation shall have *in rem* judgment against the sale proceeds for $126,000.00.

2. CitiCapital Commercial Corporation had a valid and subsisting preferred ship mortgage lien upon Defendant vessel NAKNEK SPIRIT, official number 585824 and her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery, anchors and all appurtenances. This lien transferred to the proceeds of the interlocutory sale of the Defendant vessel to Plaintiff for a $110,000.00 credit bid. CitiCapital Commercial Corporation shall have *in rem* judgment against the sale proceeds for $110,000.00.

      3.  CitiCapital Commercial Corporation shall have *in personam* judgment against defendants Woodbine Alaska Fish Company and Guy Ferrari, Inc., jointly and severally, in the total, and only, sum of $50,000.00.

      DATED this _____ day of _____, 2008, at Anchorage, Alaska.

                                                                                               _____
                                                                                           Ralph R. Beistline
                                                                                  U.S. District Court Judge