IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br> )<br>           Plaintiff, )<br> )<br>  v. )<br> )<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br> )<br>           Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV  (RRB) |

**ORDER DISMISSING COUNTER-CLAIMS**

Pursuant to stipulation of all parties who have appeared in this action in accord with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED that all counter-claims are dismissed with prejudice, the parties to bear their respective costs and fees.

DATED this _____ day of _____, 2008, at Anchorage, Alaska.

                                                                  _____
                                                                  Ralph R. Beistline
                                                                U.S. District Court Judge