IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CITICAPITAL COMMERCIAL CORP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EGEGIK SPIRIT, official number )<br>299957, her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, *in rem, et al.*, )<br>)<br>Defendants. )<br>_____) | IN ADMIRALTY<br>No. A-04-0147 CV (RRB) |

### ORDER DISMISSING COUNTER-CLAIMS

Pursuant to stipulation of all parties who have appeared in this action in accord with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby

ORDERED that all counter-claims are dismissed with prejudice, the parties to bear their respective costs and fees.

DATED this 17 day of March, 2008, at Anchorage, Alaska.

Ralph R. Beistline
U.S. District Court Judge